IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Sally Ness, <br><br>        Plaintiff, <br><br> v. <br><br> City of Bloomington; Michael O. Freeman, in his official capacity as Hennepin County Attorney; Troy Meyer, individually and in his official capacity as a police officer, City of Bloomington; Mike Roepke, individually and in his official capacity as a police officer, City of Bloomington <br><br>        Defendants. | Case No. 19-cv-2882 (ADM/DTS) <br><br> **DECLARATION OF MIKE ROEPKE IN SUPPORT OF THE CITY DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

STATE OF MINNESOTA     )
                       ) ss.
COUNTY OF HENNEPIN     )

Mike Roepke, being first duly sworn, on oath, states as follows:

1. I submit this declaration based on personal knowledge.

2. I am employed as a police officer by the City of Bloomington.

3. On August 27, 2019, Bloomington Police Officer Troy Meyer and I responded to a report that a person in a vehicle was filming children with a camera phone as the children arrived at Success Academy for the school day.

4. I parked my squad car in front of a residence across the street from Success Academy. In the driveway of the residence, a woman was seated in the driver's seat of a parked vehicle with a cell phone in her hand. The woman identified herself as Sally. While I was talking with her, Officer Meyer arrived and joined the conversation.

5. I recorded the interactions with using my bodycam. A true and correct copy of that August 27, 2019 recording was provided to the City's litigation counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2019

_____
Mike Roepke