# Filed Under Seal

# CONFIDENTIAL EXHIBIT A

| | |
|---|---|
| From: | Boomer, Kristin |
| To: | Narrative, Police |
| Subject: | 19-9444 |
| Date: | Thursday, October 24, 2019 2:40:07 PM |
| Attachments: | image001.png |

**Please add email**

**From:** Paladin Law [mailto:larry.a.frost.atty@comcast.net]
**Sent:** Thursday, October 24, 2019 11:22 AM
**To:** Boomer, Kristin <kboomer@BloomingtonMN.gov>
**Subject:** Meeting with Sally Ness and Larry Frost

Det. Boomer:

Sally will be available at her home, 8127 Oakland, Bloomington MN, at 1030 next Wednesday, 30 October 2019.  I will be there also.

Sincerely,

*Larry A. Frost*

larry.a.frost.atty@comcast.net

**Larry Frost**
Paladin Law, PLLC

5113 W 98th Street
  #111
Bloomington, MN  55437
(612) 839-5132
HAVE LAW - WILL TRAVEL

 Virus-free. www.avast.com