# Filed Under Seal

# CONFIDENTIAL
# EXHIBIT 1

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Hi. Sally? | 0:13 |
| Sally Ness | Yeah. | 0:14 |
| Detective Boomer | Hi. I'm Detective Boomer, Bloomington Police Department, and my partner. | 0:14 |
| Detective Martin | I'm Detective Martin. | 0:17 |
| Sally Ness | Hi. | 0:18 |
| Detective Martin | Hi. | 0:18 |
| Detective Boomer | And this is Caitlin Gokey... | 0:19 |
| Sally Ness | Hi. | 0:20 |
| Detective Boomer | ...one of our Community Liaisons. We would like to come in and talk to you about a report that was made. Is that okay? | 0:20 |
| Sally Ness | Oh interesting. Okay. A report who made? | 0:24 |
| Detective Boomer | Um, somebody across the street made a report, um, about you filming them. | 0:28 |
| Sally Ness | Oh yeah, I film all the time. | 0:32 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Detective Boomer | Okay. Can we come in and talk to you? | 0:33 |
| Sally Ness | I have kids over. | 0:36 |
| Detective Boomer | Okay, but you like... | 0:37 |
| Sally Ness | I mean...come on in. | 0:38 |
| Detective Boomer | Okay. | 0:39 |
| Caitlin Gokey | Thank you. | 0:40 |
| Detective Boomer | Hi. How are you? | 0:41 |
| Detective Boomer | Do you do daycare? | 0:46 |
| Sally Ness | Those are my grandkids. | 0:48 |
| Caitlin Gokey | Those are your grandkids? | 0:48 |
| Sally Ness | Mmm-hmm. | 0:49 |
| Detective Boomer | Um, so basically we'll want to talk to you about today, your name came up in an investigation of um the filming of some juveniles in the park on Friday. | 0:50 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | No, I don't film juveniles. | 0:59 |
| Detective Boomer | Okay, because we were... | 1:01 |
| Sally Ness | I film traffic. | 1:03 |
| Detective Boomer | Okay. | 1:05 |
| Sally Ness | I take pictures of traffic. | 1:05 |
| Detective Boomer | Alright. | 1:06 |
| Sally Ness | The four juveniles that were there, this is interesting, is, um, I heard them go, um, they said my name and then one said, um, "oh you're not afraid of her." It's like you don't have to be afraid of me. You know, so I tried to engage in conversation, you know, like "hi, do you live in that house you know over there?" and he replied, "no I live in this house" and one of them used to say hi to me all of the time. | 1:06 |
| Detective Boomer | Mmm-hmm. | 1:31 |
| Sally Ness | Now he doesn't. One that lives in this house—no, the one that lives in that house used to say—say hi to me all the time, but um so no can— | 1:32 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Detective Boomer | So, how old were these kids? | 1:43 |
| Sally Ness | Um, the girl, you going to make it? 8 or 9. | 1:45 |
| Detective Boomer | Okay. | 1:51 |
| Sally Ness | And then the boys maybe 8? 7 or 8; and then there was a young one, little baby. | 1:52 |
| Detective Boomer | Oh, okay and so they were playing in the playground at Smith? | 1:57 |
| Sally Ness | Yes. | 2:00 |
| Boomer | Okay. | 2:01 |
| Sally Ness | I mean this is-this is. They all know I film. | 2:01 |
| Detective Boomer | Mmm-hmm. | 2:07 |
| Sally Ness | And, you know, okay let's put this in perspective. The morning of the explosion a neighbor calls me and said there's fire trucks over there again. You know, it's like before 7 something. You know, so I'm like okay, so I go over and I'm sitting in the car and people in front of the building are walking around me and their saying, two women in particular. There's, talking loud enough that I know they are commenting about me and so I go home because it's | 2:08 |

***Sally Ness***

***v.***

***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| | uncomfortable. And then I call the two attorneys who help me with the overuse and non-compliant use of the building. | |
| Detective Boomer | Mmm-hmm. | 2:39 |
| Sally Ness | And, um, they said you got to get over and take pictures.  The reason why I take so many pictures is the police department does not accurately reflect what's going on over here. | 2:40 |
| Detective Boomer | Okay. | 2:52 |
| Sally Ness | The reports, I mean-I even have an email from the City Manager saying or a conversation in an email with police and the City Manager "should we just drive by or do you want us write reports or not".  I'm like- | 2:52 |
| Detective Boomer | Okay, let-let let me focus you back on what I'm talking about on Friday. | 3:05 |
| Sally Ness | No, I'm-I'm finishing this, because you guys are frickin' here.  I mean you need to hear what happened.  So, I go back over there, and a group surrounds me.  So, I'm sitting in my car and I'm like I want to leave.  You know this is uncomfortable and they're yelling and telling me it's all your fault.  I'm like, it's not, you know.  Um, I need to leave.  And then some woman I found out later had asked the police to come over.  So, police just walk in here and then I leave. | 3:06 |

***Sally Ness***
*v.*
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Mmm-hmm. | 3:34 |
| Sally Ness | So, then the explosion gets the, um, gets the, um, FBI over here and they say, what happened; and the attorney who is with me says, "we're filing a report we don't want to talk about it yet."<br><br>So, I go to file a report and the attorney is with me and I sit in there for two hours with an attorney waiting to file a report. And then the women who does help us with the report says to me, "you couldn't of been afraid, because it took you too long to report it" and I said, "that's why it took me so long-- | 3:34 |
| Detective Boomer | Mmm-hmm. | 4:10 |
| Sally Ness | I am afraid of the building, I am afraid of the City." Nothing, truth is not coming out. | 4:10 |
| Detective Boomer | Mmm-hmm. | 4:17 |
| Sally Ness | What's really going on over here is not truthful. | 4:17 |
| Detective Boomer | Mmm-hmm. | 4:20 |
| Sally Ness | The paper doesn't report it, you know. It's just amazing; and then the woman, um, she says something why she can't or won't or something like that and the attorney is like it's not accurate. | 4:20 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| | And then, um, she's like dismissing me and I say, well for instance, this morning I was over taking pictures, and I take pictures all the time.  And the reason I take pictures, like, I think it was Londell Pease was at the park because they're proposing an increase in the use of the building and, um, he's, you know, dismissing the amount of traffic and I just see the report; and it shows he says that they underutilize the parking.  I'm like, I had to take pictures that day to show the park parking lot actually was filled, except for four spaces. | |
| Detective Boomer | So, was this the day that I am questioning you about? | 5:05 |
| Sally Ness | No, that was- next Friday was the day that you're questioning. | 5:07 |
| Detective Boomer | Okay. | 5:09 |
| Sally Ness | I think it was the next Friday. | 5:10 |
| Detective Boomer | Were you taking pictures on Friday? | 5:11 |
| Sally Ness | Um, I'm not done.  Let me finish, so then ah- | 5:12 |
| Detective Boomer | Well, I'm trying to talk to you about what's going on and you interrupt me. | 5:16 |
| Sally Ness | I...I-I know. | 5:18 |
| Detective Boomer | I don't know any of that other stuff. | 5:18 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | But you'll put it in perspective. | 5:20 |
| Detective Boomer | Oh, okay. | 5:22 |
| Sally Ness | So, I'm taking pictures. | 5:22 |
| Detective Boomer | Mmm-hmm. | 5:24 |
| Sally Ness | Everyone over at the building knows I take pictures.  And, they take pictures of me all the time. | 5:25 |
| Detective Boomer | Okay. | 5:29 |
| Sally Ness | And I have my grandkids with me. | 5:29 |
| Detective Boomer | Mmm-hmm. | 5:31 |
| Sally Ness | So, this is a joke. Again, this whole thing. So anyway, um, I tell her yeah, I was taking pictures and then I drive away, and they follow me home.  And she's like, "Well if you think that's something then you're paranoid and you need to see a psychiatrist."

So, I take pictures, they're pointing at me… | 5:31 |
| Detective Boomer | Mmm-hmm. | 5:50 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | ...or do you think pointing at you is, you know, something to be a crime or something you're paranoid you need to see a psychiatrist. So, yeah, I come home, they drive this way around and they drive that way around. | 5:50 |
| Detective Boomer | Mmm-hmm. | 6:03 |
| Sally Ness | Yeah, so then I don't know who reported it that three are here and yet my concern being blocked in my car, unable to move, being followed home and it happens frequently. They'll park there and look at the building and stuff like that. And then I have three people here, because; and I'm at the park-and I'm at the park with my grandkids. | 6:03 |
| Detective Boomer | Mmm-hmm. | 6:25 |
| Sally Ness | You know, so yeah, it was last Friday? I think it was last Friday. | 6:25 |
| Detective Boomer | Mmm-hmm. | 6:30 |
| Sally Ness | I was at the back, I was at the park with my grandkids.  Not these ones, the other ones. | 6:30 |
| Detective Boomer | Okay. | 6:34 |
| Sally Ness | Um, and I was taking pictures of the-of the build- parking- | 6:34 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | The parking lot itself? | 6:39 |
| Sally Ness | The parking lot itself. | 6:40 |
| Detective Boomer | Okay.  How about the park?  Was the park in the pictures or anything like that? | 6:41 |
| Sally Ness | Oh, probably. | 6:45 |
| Detective Boomer | Well, and I-I know the parking lot, so it's like there's the school building, youth center, and then the mosque.  And then there's that park that goes this way towards the Bendleworth [phonetic] then there's a playground right there. | 6:45 |
| Sally Ness | Mmm-hmm. | 6:58 |
| Detective Boomer | Is that where you were standing? In that parking lot there? | 6:59 |
| Sally Ness | No. | 7:01 |
| Detective Boomer | Is that my perspective? I'm trying to figure out which parking lot you're talking about. | 7:01 |
| Sally Ness | Wait, I guess let's … again, is it illegal to take pictures? | 7:06 |
| Caitlin Gokey | Well, I can explain that to you. | 7:09 |
| Sally Ness | Okay, then. | 7:10 |

***Sally Ness***
*v.*
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Um, so the concern is, is that there's juveniles in these pictures. | 7:11 |
| Sally Ness | Mmm-hmm. | 7:15 |
| Detective Boomer | And, there-it's not just the pictures that we were concerned about. Um, the report was that you were asking the juveniles where they lived and- | 7:15 |
| Sally Ness | Oh. | 7:25 |
| Detective Boomer | -other things like that while the filming was going on. | 7:25 |
| Sally Ness | That puts it a little more in perspective. | 7:28 |
| Detective Boomer | And that's- And, for me as a parent and I think you as a parent, grandparent would also be concerning. | 7:30 |
| Sally Ness | Yeah -Yeah…Yeah-that- | 7:34 |
| Detective Boomer | Because, I wouldn't want someone asking my kid. | 7:35 |
| Sally Ness | Yeah, that puts it into perspective. | 7:37 |
| Detective Boomer | So that's where we're- That's-that's where the fear is coming in by the parent. | 7:39 |
| Sally Ness | Okay and- | 7:43 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | And the parent is concerned about this, because I don't think she understands who you are. | 7:43 |
| Sally Ness | But-but...yeah, that's kind of confusing too, because again, I believe they lived behind me. | 7:48 |
| Detective Boomer | Mmm-hmm. | 7:53 |
| Sally Ness | You know and they engaged in conversation before with me. | 7:54 |
| Detective Boomer | The children or the parent? | 7:59 |
| Sally Ness | The children. | 8:00 |
| Detective Boomer | Okay. | 8:00 |
| Sally Ness | And, um, specifically last Fourth of July the boy came out, you know happy Fourth, you know- | 8:01 |
| Detective Boomer | Mmm-hmm. | 8:07 |
| Sally Ness | -like Hey. Hi. Happy Fourth. Um so, yeah, this Mohamed Omar Executive Director lives down the block. | 8:07 |
| Detective Boomer | Mmm-hmm. | 8:15 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Sally Ness | You know, I know the kids.  The women who lives on the corner. | 8:15 |
| Detective Boomer | Mmm-hmm. | 8:19 |
| Sally Ness | You know, I talk to her at the park. | 8:19 |
| Detective Boomer | Mmm-hmm. | 8:21 |
| Sally Ness | So- | 8:21 |
| Detective Boomer | So, let me ask you this, was it photo or was its video? | 8:22 |
| Sally Ness | They were all photos that day.  I didn't take any video. | 8:26 |
| Detective Boomer | Okay. | 8:28 |
| Sally Ness | I sometimes take videos. | 8:29 |
| Detective Boomer | So that's what the report is.  A concern of children being photographed without parental permission and the fear that was caused in the parent because of this.  Because I think as any parent could speak, if my children were being photographed by somebody, I didn't know - | 8:30 |
| Sally Ness | Yeah. | 8:44 |

13

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | I'd have serious concern about that, especially if you were asking me, asking my children where they lived. | 8:44 |
| Sally Ness | Okay, um, the comment they don't know me, that wouldn't be accurate.  In fact, there's an email in support of the expansion for the building. | 8:49 |
| Detective Boomer | Mmm-hmm. | 8:59 |
| Sally Ness | And they're kind of pointing out that people who disagree with it- | 8:59 |
| Detective Boomer | Right. | 9:03 |
| Sally Ness | -are racist and all that kind of stuff. | 9:03 |
| Detective Boomer | Have you ever had a conversation with the mother? | 9:05 |
| Sally Ness | No, I've never had a conversation with the mother. | 9:07 |
| Detective Boomer | Okay, so she doesn't know you. | 9:08 |
| Sally Ness | No, she knows me though, she knows who I am pers- she know-she knows. Mohamed knows me.  She knows-they-the entire building calls me the crazy white racist lady. | 9:10 |
| Detective Boomer | Well, if they know there is no conversation between you and her, she would have no understanding as to why you are filming her | 9:20 |

14

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
|  | children or why she thinks you are filming or taking video of her children. |  |
| Sally Ness | Right-right, but Walid Ashur who owns the building, owns the house, owns that house, just bought my son's house.  I mean this is so complex. | 9:26 |
| Detective Boomer | Right. | 9:37 |
| Sally Ness | And the fact that you guys are here.  So, for seven years the building has been overused and non-compliant; crime has increased.  I go to the City on June 25th and I say, oh no-, a couple of weeks before I talk in front of Council.<br><br>Before I talk in front of the Council, there is a Council Member and I said the traffic and crime is so bad and he goes: "We didn't know about the crime."  It's like, you're kidding?  You don't know about the crime? Again, police reports don't reflect it, and I know that n- at- everyone doesn't call, like this guy was—was- | 9:37 |
| Detective Boomer | Mmm-hmm. | 10:08 |
| Sally Ness | -this, um, man was at the park walking early in the morning and three guys came up to him, had a gun, said give me your phone.  I don't think he reported that.  We know it though. | 10:09 |
| Detective Boomer | Mmm-hmm. | 10:18 |

*Sally Ness*

*v.*

*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | You know.  We say the to the City, it's bad around here. | 10:18 |
| Detective Boomer | Mmm-hmm. | 10:22 |
| Sally Ness | It's so bad.  I know people who want to buy house, but they're not considering buying it, because the drug use has increased.  The selling has increased.  Anyway ... And my neighbors here moved because of the traffic and the crime.  They asked the City to address the traffic and the crime.  Instead of this here, where the too fast and 82nd they put stop signs on Oakland, making 82nd faster. And they moved. | 10:22 |
| Detective Boomer | Mmm-hmm. | 10:46 |
| Sally Ness | Seven years later ...  You know, I worked so hard to get my son into a house. | 10:46 |
| Detective Boomer | Mmm-hmm. | 10:51 |
| Sally Ness | Loved it.  Loved the house.  Only wanted to live in this neighborhood but couldn't because there was gang fights across the street; girl gang fights.  What did the police do?  He calls and says there's a girl gang fight.  The report says, by the time we got there it was dispersed.  No looking at video to see, you know, how concerning this is. | 10:52 |
| Detective Boomer | Mmm-hmm. | 11:10 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Sally Ness | And he lives right across the street and it's like dismissed.  It's like we wouldn't have called them, if it wasn't important.  You know, it's just- They packed up and moved.  They just packed up and moved to his ma-to her mom's house. | 11:10 |
| Detective Boomer | Mmm-hmm. | 11:24 |
| Sally Ness | That's how bad it is. | 11:24 |
| Detective Boomer | Mmm, okay. | 11:26 |
| Sally Ness | And glad you guys all came over here.  I mean, been-been asking for help for seven years. | 11:26 |
| Detective Boomer | Well, I understand what frustration is- [overlapping] | 11:31 |
| Sally Ness | I can see why she called.  [overlapping] | 11:32 |
| Detective Boomer | - but you can understand why were-we are here.  [overlapping] | 11:32 |
| Sally Ness | I understand what she said. [overlapping] | 11:33 |
| Detective Boomer | Okay. | 11:36 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | But I also think it's not exactly accurate, because I bet you go over there, not one person there doesn't know who I am.  I am in front of Council every week. | 11:37 |
| Detective Boomer | Mmm-hmm. | 11:46 |
| Sally Ness | They write about me, take pictures of me.  I am- I don't hide behind anything. | 11:47 |
| Detective Boomer | Mmm-hmm. | 11:53 |
| Sally Ness | I am, like, front and center – "I'm taking your picture.  I'm taking"- | 11:53 |
| Detective Boomer | But, I'm not saying she doesn't know who you are- [overlapping] | 11:56 |
| Sally Ness | And, I try really hard not to take pictures of people.  But, for instance-<br><br>Londell, can you please close that?<br><br>Um, he says, "Oh, they're all single drivers."  It's like, are you kidding?  Now I have to take pictures of people, because they're not all single drivers.  I mean there's like, there's so many people like- | 11:56 |
| Detective Boomer | I'm not- I'm not disputing the fact that people know who you are over there.  She- she may have seen you before.  But- but let me ask you, does she understand why you were doing what you were doing? | 12:15 |

18

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | Okay, but- [overlapping] | 12:23 |
| Detective Boomer | And you haven't had a conversation, correct? | 12:23 |
| Sally Ness | Right, but let's put it this way [overlapping] | 12:25 |
| Detective Boomer | So,- Sally ---Sally I can't get my point across, if you keep interrupting me. [overlapping] | 12:26 |
| Sally Ness | Very, very ...Yeah. [overlapping] | 12:27 |
| Detective Boomer | I can't even ask you questions and get to the bottom of this without you interrupting me. | 12:30 |
| Sally Ness | Get to the bottom of it, I just question that this woman - Okay, again Walid Ashur, the business agent, you know, my son tells me that the seventh or eighth that he bought said that she did not converse with him about this.  That she did not converse with anyone else in that building about this.  That she just singly said, where was she? | 12:33 |
| Detective Boomer | She is afraid of retaliation at this point, okay? | 12:56 |
| Sally Ness | Yeah, again, she would- | 12:58 |
| Detective Boomer | With- | 12:59 |

***Sally Ness***
*v.*
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | -have called Walid and Walid would have called you guys or Omar would have called you guys. | 12:59 |
| Detective Boomer | Mmm-hmm. | 13:04 |
| Sally Ness | See? It's a – you know? And if she would have said: "Omar, there's a woman taking pictures," Omar would have said: "It's Sally we all know about her." Do we have to worry about her with our kids? You know, it's like – so, I'm really questioning what you guys – you know. | 13:04 |
| Detective Boomer | I have an obligation to follow-up on any felony reports that are made. Okay? Okay and it was [overlapping] | 13:20 |
| Sally Ness | Putting it a little more in perspective … [overlapping] Oh, I know… Okay-- [overlapping] | 13:20 |
| Detective Boomer | Okay, listen to me Sally-- | 13:26 |
| Sally Ness | --felony reports that I'm taking a picture of a kid? [overlapping] | 13:26 |
| Detective Boomer | --Sally listen to me, and I will explain to you why this is becoming a – it could, why it could potentially be a felony. Because I don't get just general misdemeanor investigations generally. I get cases that are higher level. The reason is this is, is because they are children.<br><br>They are – Their family was afraid because of the implications of what, why an adult is asking a child where they live and photographing their child. Now, it could be a complete | 13:28 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| | misunderstanding of what you were photographing and that's what I am trying to figure out. | |
| Sally Ness | And the misunderstanding why I asked. | 13:58 |
| Detective Boomer | Exactly. [overlapping] | 13:59 |
| Sally Ness | I was trying to engage the kids. | 14:00 |
| Detective Boomer | Exactly. | 14:01 |
| Sally Ness | Because I knew the one, the one ... yeah, | 14:02 |
| Detective Boomer | Because I need to know, Sally. [overlapping] Is this a misunderstanding? | 14:03 |
| Sally Ness | Yeah-Yeah. Oh. | 14:05 |
| Detective Boomer | Or did you intend to cause fear in these people? | 14:06 |
| Sally Ness | And for me, again ... Oh goll, no. | 14:08 |
| Detective Boomer | Okay. | 14:09 |
| Sally Ness | Heck no. | 14:10 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Okay. And, that's what I need to find out. | 14:11 |
| Sally Ness | My issue is with the City. The City is not doing its job. | 14:12 |
| Detective Boomer | Okay. | 14:15 |
| Sally Ness | And again, three of you over here. And it's seven years. | 14:16 |
| Detective Boomer | Mmm-hmm. | 14:20 |
| Sally Ness | Seven years of the overuse and non-compliant use of that building. And, yeah, [inaudible] | 14:21 |
| Detective Boomer | [inaudible] Because usually you are the one calling us and so it was really surprising to see that somebody was calling about this and so I needed to get to the bottom of it. I needed to find out. | 14:28 |
| Sally Ness | And, yeah … and they are like … [overlapping] | 14:37 |
| Detective Boomer | Is this a big misunderstanding? | 14:37 |
| Sally Ness | Seven years. [overlapping] | 14:39 |
| Detective Boomer | Or, is this something that Sally was intending to do? | 14:41 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Sally Ness | Yeah, seven years … and I'm going to st-… I mean, it is- | 14:42 |
| Detective Boomer | Okay. | 14:44 |
| Sally Ness | -it is overwhelming. Again, no comments. No, police follow-up about me being blocked in a car. And there, there are … Okay, another thing. City Council asked me: "Are you afraid?" and I'm like, you know, "Yeah I am." you know? I mean, there are behaviors, you know? Um, but then I made a comment: "Well, I suppose that I didn't take pictures." And then they are all like "Ha. Ha. See, you should have taken pictures." No. That shouldn't be the comment. | 14:44 |
| Detective Boomer | Mmm-hmm. | 15:14 |
| Sally Ness | You know, the pictures are needed, because the City reports are not accurately reflecting the amount of traffic - | 15:15 |
| Detective Boomer | Mmm-hmm. | 15:20 |
| Sally Ness | - the amount of overuse, the late-night use. I mean, there was basketball 2, 4 a.m. - | 15:20 |
| Detective Boomer | Mmm-hmm. | 15:27 |
| Sally Ness | Um, I mean just crazy behavior over there. Riding the bike at 4 a.m.- | 15:27 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Mmm-hmm. | 15:34 |
| Sally Ness | - back and forth. And of course, by the time the police come, which is always extended, they're gone. | 15:34 |
| Detective Boomer | Mmm-hmm. | 15:40 |
| Sally Ness | Oh. Another example. The semis, when they started here. So many semis - | 15:41 |
| Detective Boomer | Mmm-hmm. | 15:45 |
| Sally Ness | and it's like, "City, you know" – I've got it on record being in front of the Council it's in the minutes - | 15:46 |
| Detective Boomer | Mmm-hmm. | 15:51 |
| Sally Ness |  -– saying there's an issue with semis over here. Nobody does anything. | 15:51 |
| Detective Boomer | Mmm-hmm. | 15:55 |
| Sally Ness | Can't remember what year it was, but the neighbor next to my son, goes out to the police officer that happened to be parked in there, and he goes: "How long do I have to look at these semis?" And that police officer, thank goodness, went and looked it up. And said, the reason I couldn't – they'd say well -- everyone acted like it wasn't | 15:56 |

24

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| | against the City code, and I couldn't find it. I kept Googling "semis". Well, it's Type 3 - | |
| Detective Boomer | Mmm-hmm. | 16:21 |
| Sally Ness | - you have to put in actual Type 3. | 16:22 |
| Detective Boomer | Yeah. | 16:24 |
| Sally Ness | You'd think the police would know, you'd think the City Manager'd know, you'd think the Police Chief would know.  I mean, not one of them said anything and I had a record of it. | 16:25 |
| Detective Boomer | Mmm-hmm. | 16:31 |
| Sally Ness | Yeah, nothing. And then finally - | 16:32 |
| Detective Boomer | Well, I didn't know it was under Type 3 also, because when I was being called out there and I would look for semi-trucks, it was not under semi-trucks.  I didn't unders - I didn't know that they were under Type 3 because I am not a commercial vehicle inspector.  So, a lot of us don't know that. | 16:35 |
| Sally Ness | But I'm – the fact is how long it took for me to finally get the City to address it and go, I mean, you're kidding, I can't find a City code, but - | 16:44 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Mmm-hmm. | 16:51 |
| Sally Ness | I know semis are not supposed to go off of their routes.  They are supposed to give a plan on where they are driving and somehow, we'd get them all here in the neighborhood. | 16:52 |
| Detective Boomer | Mmm-hmm. | 17:00 |
| Sally Ness | Took a couple years for the City to address it.  And then when we started calling, they would ticketing them. And then it was like uh. you know like, you have to say, you know, I'm registering a complaint – yeah and I mean, all this stuff.  So, again, me - | 17:01 |
| Detective Boomer | well let me … | 17:13 |
| Sally Ness | - looking at three people over here - | 17:13 |
| Detective Boomer | Mmm-hmm. | 17:15 |
| Sally Ness | you know, yes, I get it, but I don't agree with it. | 17:16 |
| Detective Boomer | Okay. | 17:18 |
| Sally Ness | Again, she, she who lives there. Is Walid who owns the home, business agent of the building. | 17:19 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Detective Ness | Mmm-hmm. | 17:25 |
| Sally Ness | I do not believe she did not talk to somebody else and find out who I am and know who I am.  And toni- tomorrow night, in front of the City Council - | 17:25 |
| Detective Boomer | Mmm-hmm | 17:34 |
| Sally Ness | - to request the Council not approve another expansion of the use of the building, which is crazy.  The City's not following City code. | 17:34 |
| Detective Boomer | Can I – Can I explain to you how the rest of this investigation is going to go? | 17:41 |
| Sally Ness | Yeah. | 17:43 |
| Detective Boomer | Okay, so I'm going to do a little more follow-up with the other parties involved.  I'm going to review some video footage.  And, I'll make a determination on what our decision is, and I will let you know what I'm going to decide.  Does that sound fair?  I'm glad we that we got to talk because I wanted to hear your side of the story because I always talk to both sides to find out, you know, what was going on.  Um, is there anything on your phone that you can show me of these photos or videos right now? | 17:44 |
| Sally Ness | Um, no. | 18:09 |
| Detective Boomer | Of the photos you took? | 18:14 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | Right, no.  I mean like, lookit, I mean like this is like a total disturbance. | 18:16 |
| Detective Boomer | Okay. | 18:20 |
| Sally Ness | I mean-and-and - | 18:21 |
| Detective Boomer | Alright, and nothing has been posted online of those photos?  Correct? | 18:22 |
| Sally Ness | No, and when I do - | 18:24 |
| Boomer | I wanted to make sure of that. | 18:26 |
| Sally Ness | And when I do post ... My blog, you have to see my blog.  I mean the City reads my blog. | 18:27 |
| Detective Boomer | I personally have not seen your blog. | 18:32 |
| Sally Ness | Look at my blog.  You'll see I put out all of the um license plates. If there's people, I block them out. | 18:33 |
| Detective Boomer | Okay perfect. | 18:41 |
| Sally Ness | Except for my last photo I didn't block off Londell Pease, because he was at quite a distance.  Um, I take out City people's names. | 18:42 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Boomer | Perfect. | 18:49 |
| Sally Ness | I try to make this as not about people - | 18:49 |
| Detective Boomer | Mmm-hmm. | 18:52 |
| Sally Ness | - you know, it's about a process that's not working The City is not doing their job. It's not specifically about an individual.  It's about the City collectively not doing their job. | 18:53 |
| Detective Boomer | And I, I'm sure you understand you-you shouldn't post pictures of other people's juveniles online.  And I'm glad- I'm glad … I'm grateful.  Okay. | 19:04 |
| Sally Ness | [overlapping] And you don't.  Right-right.  And I block it out.  And Yeah, go look at my blog. My … | 19:10 |
| Detective Boomer | You have any questions? | 19:14 |
| Detective Martin | Yeah. | 19:16 |
| Detective Boomer | My partner has a few questions quick. | 19:16 |
| Detective Martin | I just have a few questions for you Sally.  I don't know who you are. I never heard your name before today. I, I …. | 19:17 |
| Sally Ness | How long have you worked for the City? | 19:22 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Martin | Twenty years.  I have no idea who you are until I assisted my partner today.  So, my question to you is this, you already admitted that you were talking to those children? | 19:23 |
| Sally Ness | Yes. | 19:35 |
| Detective Martin | And you don't know who they are? | 19:35 |
| Sally Ness | They talked to me first. | 19:37 |
| Detective Martin | Do you know who they are? | 19:38 |
| Sally Ness | Yes, I know the one who lives in this house. | 19:40 |
| Detective Martin | You said you weren't sure, earlier. | 19:42 |
| Sally Ness | And he said, I was sitting here, but yes.  He said my name, he said Sally Ness and then they said, Are you afraid of her? | 19:43 |
| Detective Martin | Well then why would you ask where they live if you already know? | 19:53 |
| Sally Ness | No, they were saying, there was somebody saying it to the other – and I was - I'm like, you know, you live in that house, I didn't ask where he lived.  I said, you live in that house, and he said no.  Oh yeah, that's right, you live in that house. | 19:56 |
| Detective Martin | Why were you asking or wanting to know which house they live in? | 20:07 |
| Sally Ness | Again - | 20:11 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---------|---------------|------|
| Detective Martin | I'm just asking. | 20:12 |
| Sally Ness | Again, they said, I heard them say "Sally Ness" and then I heard someone say: "Aren't you afraid of her?" and then I was engaging with them to show: You don't have to be afraid of me; he's already spoken to me, I already know him, Hi | 20:13 |
| Detective Martin | And you had your grandkids with you? | 20:28 |
| Sally Ness | Yes | 20:29 |
| Detective Martin | Okay.  Um, well let me ask you a question.  So, if – and you saw that the parents weren't there with the kids? | 20:30 |
| Sally Ness | No, the kids were going across from the houses – I mean, yeah, where do I live – they're going in and out of the houses. | 20:35 |
| Detective Martin | Okay. | 20:42 |
| Sally Ness | I've seen them run, in fact, I - I think wrote a blog about my concern about the traffic being so fast because they go right from their houses and run across the street and the traffic is so fast and the few times they've been on bikes that I've been worried about them getting hit. | 20:42 |
| Detective Martin | So, after you, somehow, whenever, at some point in the conversation you figure out where they live, they tell you, you ask them, something like that, correct? | 20:57 |
| Sally Ness | I said again, I heard them say - | 21:08 |

31

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Martin | You heard them say your name. [overlapping] | 21:11 |
| Sally Ness | Sally-say my name - | 21:11 |
| Detective Martin | Okay. | 21:13 |
| Sally Ness | -and then I heard somebody say: "Aren't you afraid of her?"  And I'm like, you know, I'm going to engage this, I don't want this to be like, you know, neighborhood friction kind of thing.  So, I'm like, you know, well Hi, you know, I know you, you know, and he knew my name.  He said my name and I'm like you live in that house there. And he said, No I live in that house.  And I'm like, oh yeah that's right, you know Fourth of July you came running out and we said hi. | 21:13 |
| Detective Martin | So, let me ask you this Sally, just an honest question. If someone's at the park and you're in your house and you see some adult talking to your two little kids, would you be comfortable with that? | 21:39 |
| Sally Ness | Um, yeah, I'm generally comfortable with it, and if I knew - | 21:51 |
| Detective Martin | With it being an adult, you don't know? | 21:55 |
| Sally Ness | I mean, if I've seen them enough in the neighborhood. Okay, so here's another story - no | 21:59 |
| Detective Martin | Well, hold on, you didn't answer my question. | 22:04 |
| Sally | Would I be comfortable with it? Yeah. I know I shouldn't be, but I am. | 22:06 |
| Detective Martin | Okay.  Yeah, because [inaudible] problem Sally [overlapping] | 22:10 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | I know, I know, I know how bad it is out there. I know [inaudible and overlapping] | 22:10 |
| Detective Martin | Even regardless if you are, obviously, but can I finish? | 22:13 |
| Sally Ness | I know, I know, but then you're asking me that question. I'm like what are you doing that for? | 22:14 |
| Detective Martin | Let me just tell you. She wasn't comfortable with it. She wasn't okay with a stranger, regardless of you - | 22:19 |
| Sally Ness | Right. | 22:27 |
| Detective Martin | - think you're well known in this neighborhood- | 22:27 |
| Sally Ness | Right. | 22:29 |
| Detective Martin | -which you may well be. | 22:29 |
| Sally Ness | Yeah. | 22:31 |
| Detective Martin | I can honestly tell you, I've been here 20 years, never heard your name. So, this woman, even if she does know who you are is not comfortable with you approaching her two juvenile children without her permission and engaging them. | 22:31 |
| Sally Ness | [overlapping] That's-That's fine. And I have three officers here to support her - | 22:41 |
| Detective Martin | Right, and-and- | 22:44 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | - and none to support me being blocked in by a group of people blocking me in, yelling at me and I [inaudible] | 22:45 |
| Detective Boomer | We're talking about what happened on Friday, right? | 22:51 |
| Sally Ness | I know, I know...I know | 22:53 |
| Detective Boomer | I gotta ... I have to keep redirecting you. | 22:54 |
| Sally Ness | Oh yeah. Thanks. I'm so pissed at the City. And their – oh. | 22:56 |
| Detective Boomer | I understand that. But, th- we need to find out – we need – to find out the bottom of it. | 23:00 |
| Sally Ness | It's just so -- | 23:04 |
| Detective Boomer | You can be pissed at adults. | 23:06 |
| Sally Ness | You look familiar. I have seen you before. | 23:07 |
| Caitlin Gokey | Over there? | 23:09 |
| Sally Ness | No. I don't remember where. I have to take her. I want to tell you another story. | 23:10 |
| Detective Martin | So, well, hold on, because you didn't let me finish.  You've told us like ten stories and you've not let us get one out yet.  So, when we | 23:12 |

34

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| | go review the video from the mosque, are we going to see you approaching the kids, or the kids approaching you? | |
| Sally Ness | I think I probably walked towards them after they said my name. | 23:26 |
| Detective Boomer | Okay. | 23:30 |
| Detective Martin | Oh-okay. | 23:30 |
| Sally Ness | And you'll see them kind of in a group and then they kind of go by me a few times. | 23.30 |
| Detective Boomer | Was there any kid you didn't recognize? | 23:34 |
| Sally Ness | I know I've seen them all before, two of them.  The story I was going to tell you is my personality.  For instance, there was a group at the park and the kid got sand in his eyes.  I'm not just going to go sit there you know, so I went over to him and said to him, you know, start yawning, start yawning, you know, get the water going, you need to start yawning.  He's scratching his eyes. | 23:39 |
| Detective Boomer | Mmm-hmm. | 23:59 |
| Sally Ness | I'm not going to just sit there and go, if I had walked up to that person, I'm going … | 23:59 |
| Detective Martin | But these children didn't need your help, right?  You just heard them say your name? | 24:03 |

35

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | They had, no, they had a behavior that was concerning. | 24:06 |
| Detective Martin | Like what? | 24:09 |
| Sally Ness | "Sally Ness.  Are you afraid of her?"  Like what, what I'm going to let that go?  You don't have to be afraid of me.  I'm Hi.  Remember me?  You live across the street, you know, you're my neighbor.  You know? | 24:11 |
| Detective Martin | But they didn't have any medical emergency where you needed to approach to go and them, is what I am asking you. | 24:25 |
| Sally Ness | And I was telling you my general behavior is to assist. | 24:29 |
| Detective Martin | Right.  Okay. | 24:33 |
| Sally Ness | Is to be engaging; to not be back and you know, to be separated- | 24:34 |
| Detective Martin | Mmm-hmm. | 24:40 |
| Sally Ness | -and say, Oh. You know. | 24:40 |
| Detective Martin | I just want to let you – [overlapping] | 24:42 |
| Sally Ness | They said my name – [overlapping] | 24:43 |
| Detective Martin | The mother was not.  The mother was not comfortable with a stranger, she doesn't know you.  She-again – I can – [overlapping] | 24:43 |
| Sally Ness | I get that.  But again, they said my name they knew who - | 24:46 |

36

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Detective Martin | Sally, why can we not finish a sentence when we speak to you. | 24:49 |
| Sally Ness | Because ... it's - | 24:52 |
| Detective Martin | I mean, because you do not want to hear what we have to say, is what it sounds like to me. | 24:54 |
| Sally Ness | Seven years, seven years. [overlapping] | 24:56 |
| Detective Martin | And you're dealing with that.  You're continuing to work on that.  And the City's obviously working with you, you're going to that - [overlapping] | 24:58 |
| Sally Ness | No, they're not.  They are working against me. | 25:03 |
| Detective Martin | Well, just -- Sally I want to let you know, the mother is uncomfortable with you talking to her juvenile kids who don't know you even if you heard them say your name.  They - [overlapping] | 25:04 |
| Sally Ness | Oh, they said my name, does that mean they don't know me? | 25:13 |
| Detective Martin | It does not give you a right to talk to them.  It does not give you the right to approach juveniles and take photos of them. | 25:16 |
| Sally Ness | And what happens if kids come up and say your name and you, what?  Walk away, then what am I? | 25:20 |
| Detective Martin | Then you're ... [overlapping]  Then you're still who you are | 25:27 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | What, I'm ... what, that's my name.  So, I'm supposed to be unfriendly? [overlapping] | 25:29 |
| Detective Martin | Did they say your name like, "Hey. Sally Ness come over and talk to me?" | 25:33 |
| Sally Ness | They said Sally Ness. Like - | 25:36 |
| Detective Boomer | Aren't you afraid of her? That would make me walk away. [overlapping] | 25:39 |
| Detective Martin | Yeah, I'd be, like no.  It would be like provoking someone. [inaudible and overlapping] | 25:41 |
| Sally Ness | And then I heard somebody saying Sally Ness, so I turned to say Hi, and then I heard somebody say, "Are you afraid of her", and I'm like, What.?  They don't need to be afraid of me.  You know? [overlapping] | 25:40 |
| Detective Martin | And you-you are not willing to show us the pictures you took that day? | 25:54 |
| Sally Ness | I am frickin' holding a heavy baby - [overlapping] | 25:57 |
| Detective Martin | Okay, oh - [overlapping] | 25:59 |
| Sally Ness | - and another one sleeping. [overlapping] | 26:00 |
| Detective Martin | - yeah, doesn't babies normal - [overlapping] | 26:02 |

***Sally Ness***
*v.*
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 1 – Filename:  Tracy Martin Recording of Ness Conversation 8_22_2018

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | No. No, you guys are out. I'm done. [overlapping] | 26:01 |
| Detective Martin | You want us to leave? [overlapping] | 26:04 |
| Sally Ness | I'm done.  You've got the cameras. [overlapping] | 26:04 |
| Detective Martin | Okay. [overlapping] | 26:06 |
| Sally Ness | In fact, look at the cameras and see the parking lot is full on a Friday morning. [overlapping] | 26:06 |
| Detective Martin | Well, Sally just, I just want to let you know before we leave or as were leaving, as your requesting us to, you are being considered for being charged with a crime based on what you've already told us and what this family told us.  Okay, just so you're aware.  Alright? Thanks for talking to us. [overlapping] | 26:07 |