# Filed Under Seal

# CONFIDENTIAL
# EXHIBIT 3

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
|  | No speaking. | 0:00-0:53 |
| Female voice | She has permission to [inaudible] here. | 0:53 |
| Sergeant Roepke | Okay, I understand. | 0:55 |
| Female voice | Thank you. | 0:56 |
| Sergeant Roepke | You bet. | 0:57 |
|  | No speaking. | 0:58-1:08 |
| Sergeant Roepke | Hello. | 1:08 |
| Sally Ness | Hi. | 1:09 |
| Sergeant Roepke | You know why we're here? | 1:10 |
| Sally Ness | Um, no. | 1:13 |
| Sergeant Roepke | Oh, okay, um, well, they're calling. And, ah, they were concerned 'cause you're over here taking pictures and stuff. | 1:14 |
| Sergeant Roepke | I'm-I'm just I'm letting you know, okay, so that's-that's why we're here.  Um, you're Sally, right? I don't think we've met, so. | 1:35 |
| Sally Ness | Yes, I'm Sally. | 1:43 |
| Sergeant Roepke | So…what's that? | 1:43 |

1

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | Yes, I'm Sally. | 1:45 |
| Sergeant Roepke | Okay. | 1:46 |
| Sally Ness | And you know who I am.  Um…[overlapping] | 1:47 |
| Sergeant Roepke | Okay, um, I don't. I've never met you, but…[overlapping] | 1:48 |
| Sally Ness | Oh. | 1:49 |
| Sergeant Roepke | Okay. Um, okay, well, yeah, and their concern like I said, is that you're over here. They're concerned that, ah, you know, you're harassing them and so basically…hold on…<br><br>6-2 can you just go make contact with the RP?<br><br>They're concerned that, yeah, they're feeling like they're being harassed and stuff, is kinda what it comes down to. So, is there-I mean-is there? Obviously, this is a public place, you know you have a right to, ah, take pictures in a public place or  video or, or anything like that. There's not an issue with that. Um, but if you're doin' it in a means to intimidate them or to harass them, then it becomes a problem. Obvious-, I'm sur-I know you know this, but. | 1:50 |
| Sally Ness | Well, yeah. And they know that I am not doing that. Um… | 2:32 |
| Sergeant Roepke | Okay. | 2:35 |
| Sally Ness | I've registered a complaint, because the buses are supposed to have a clear area for pick up and drop off. And they don't abide by that and the City has not addressed it. Um. Also, I've contacted the State of Minnesota because of the number of tardies. Turns out they | 2:36 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| | don't have a tardy policy. Um. And then yesterday, I went to the park and it is not, um. You know. Bringing your children to the park it's not a neighborhood park anymore. | |
| Sergeant Roepke | Okay. | 3:17 |
| Sally Ness | And so I document. | 3:17 |
| Sergeant Roepke | Why is it…what do you mean it's not a neighborhood park? | 3:19 |
| Sally Ness | Um. You are aware that all of our schools now have signs up that say if schools in use, you know public not welcome not… | 3:22 |
| Sergeant Roepke | Hmm. | 3:33 |
| Sally Ness | This I can't remember the exact verbiage. Um. | 3:33 |
| Sergeant Roepke | Okay. | 3:38 |
| Sally Ness | Yeah, so you go by and you see a public park that's filled with you know. I think, like yesterday it was 40 kids. Um, the age of the older children you know it's not, you know, it's-is kinda of difficult to know that the City isn't concerned that our public park is not age-appropriate for the neighborhood kids. | 3:38 |
| Sergeant Roepke | Okay. | 4:09 |
| Sally Ness | You know. You…[inaudible] | 4:09 |

3

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | Well, the park is for everybody. I mean and all ages and stuff is...[overlapping] | 4:10 |
| Sally Ness | No. The Planning Commission... | 4:13 |
| Sergeant Roepke | Mm-hmm. | 4:15 |
| Sally Ness | ...in the documents, they said they needed to have to their own park. | 4:17 |
| Sergeant Roepke | Okay. | 4:22 |
| Sally Ness | You're having a school, you need a park. | 4:23 |
| Sergeant Roepke | Yeah. | 4:24 |
| Sally Ness | And then the hearing was completely closed. | 4:25 |
| Sergeant Roepke | Mm-hmm. | 4:28 |
| Sally Ness | And the Mayor said, "Oh, I think they can share." | 4:29 |
| Sergeant Roepke | Okay, well, we can't do age discrimination at parks either, though. You know what I'm saying? | 4:32 |
| Sally Ness | No-no. [overlapping] | 4:35 |
| Sergeant Roepke | I-I-I mean get what you're saying. | 4:37 |
| Sally Ness | No, it's a business. [overlapping] | 4:38 |

4

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | Mm-hmm. | 4:38 |
| Sally Ness | No. You're not hearing what I'm saying. | 4:39 |
| Sergeant Roepke | Mm-hmm. | 4:40 |
| Sally Ness | It's a business. | 4:40 |
| Sergeant Roepke | The park is? | 4:41 |
| Sally Ness | No. This operation of a school is a business. | 4:42 |
| Sergeant Roepke | Sure. | 4:46 |
| Sally Ness | And as a business, it's required to have a park to-to um you know provide… | 4:47 |
| Sergeant Roepke | Mm-hmm. | 4:56 |
| Sally Ness | Um, for their clients. | 4:56 |
| Sergeant Roepke | Okay. | 4:58 |
| Sally Ness | And… | 4:59 |
| Sergeant Roepke | Well, okay. | 5:00 |
| Sally Ness | …they were required, the Planning Commission wrote they should provide their own park. And then the hearing was closed to the public, to everyone. It was closed. And the Mayor said, "well I think | 5:00 |

5

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
|  | we can share." And somebody in our City should have said, "wait Mayor, you know... [overlapping] |  |
| Sergeant Roepke | Mm-hmm. | 5:16 |
| Sally Ness | ...that's not the proper process." | 5:16 |
| Sergeant Roepke | Right. Right. [overlapping] | 5:17 |
| Sally Ness | You know. This is should be open for discussion. | 5:19 |
| Sergeant Roepke | Yeah. | 5:20 |
| Sally Ness | Th-that wasn't done correctly. | 5:20 |
| Sergeant Roepke | Sure. | 5:23 |
| Sally Ness | Ya. | 5:23 |
| Sergeant Roepke | Okay, well, and, and I, yep, I totally understand, ah, what you're saying. Um, I don't know that... | 5:24 |
| Sally Ness | And then for you guys...[overlapping] | 5:29 |
| Sergeant Roepke | Okay. [overlapping] | 5:30 |
| Sally Ness | ...to question. [overlapping] | 5:30 |
| Sergeant Roepke | What is the point of being here to, like ah, take pictures and stuff? | 5:31 |

6

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | Because I started… | 5:36 |
| Sergeant Roepke | And, I know you have property from the homeowner, she let us know so. | 5:37 |
| Sally Ness | Um, I started taking pictures, 'cause when I said to the City they're overusing the property. The City said, "oh no-no." They'd say like when on Fridays when they fill up the streets, they go, "oh no, it's just a few times a year." It's like, no, it's every Friday. | 5:40 |
| Sergeant Roepke | Mm-hmm. | 5:55 |
| Sally Ness | So, I had to take pictures to show…[overlapping] | 5:56 |
| Sergeant Roepke | Okay. [overlapping] | 5:58 |
| Sally Ness | …is this every Friday? Are, we have a public policy. [overlapping] | 5:58 |
| Sergeant Roepke | Okay, today is Tuesday, though. [overlapping] | 5:59 |
| Sally Ness | Well no, why I take pictures. | 6:02 |
| Sergeant Roepke | Okay, alright. | 6:03 |
| Sally Ness | Um, we have a City policy of the building requiring to provide their off-street parking. | 6:06 |
| Sergeant Roepke | Mm-hmm. | 6:10 |

7

## *Sally Ness*
## *v.*
## *City of Bloomington, et al.*

## Case No. 19-cv-2882 (ADM/DTS)
## CONFIDENTIAL/PROTECTED NON-PUBLIC

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | They are regularly using of the street for parking, and the City is not addressing it. And, so why I'm taking pictures. | 6:16 |
| Sergeant Roepke | Well, we are addressing it. If there is illegal parking, we're out here constantly… | 6:23 |
| Sally Ness | No. | 6:26 |
| Sergeant Roepke | …when there's problems. | 6:26 |
| Sally Ness | The City's policy… | 6:27 |
| Sergeant Roepke | Mm-hmm. | 6:27 |
| Sally Ness | …is the building is supposed to provide parking for their patrons. | 6:28 |
| Sergeant Roepke | Right. | 6:33 |
| Sally Ness | They are not. | 6:34 |
| Sergeant Roepke | Okay, Well… | 6:35 |
| Sally Ness | They're exclusively using the park parking… | 6:36 |
| Sergeant Roepke | Okay | 6:38 |
| Sally Ness | …lot which agreement is a nonexclusive use. | 6:38 |
| Sergeant Roepke | Mm-hmm. | 6:41 |

8

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | So on Friday's they are exclusively using it. | 6:41 |
| Sergeant Roepke | Okay. | 6:45 |
| Sally Ness | And the City is not addressing that. And then they're using the street and that's against our on-street parking policy as well. So, there are two things the City is not addressing they have too many people, and then… | 6:45 |
| Sergeant Roepke | Mm-hmm. Okay, well and…okay that-those are issues you can take up with the City. [overlapping] | 6:55 |
| Roepke's Radio | [inaudiable] | 6:58 |
| Sally Ness | And that's why I take pictures, because I don't… | 6:59 |
| Sergeant Roepke | Code 4. | 7:01 |
| Sally Ness | If I don't take pictures then it doesn't happen. In fact… | 7:03 |
| Sergeant Roepke | Okay. | 7:06 |
| Sally Ness | …there was one time where the planning during… | 7:06 |
| Sergeant Roepke | Do you have enough pictures this week? | 7:09 |
| Sally Ness | Um, right now…[inaudible]. | 7:11 |

9

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | Well, I-I-I I'm under, here's the thing. | 7:15 |
| Sally Ness | No. I'm documenting. [overlapping] | 7:17 |
| Sergeant Roepke | Here's the thing. We're bordering on a harassment issue. Okay? Because they're, they're concerned because you're here a lot. And they're taking it as an intimidation kind of thing. And I'm not taking sides on this, on, on either side. But what I'm saying, is that if– if, the–the this behavior type kind of continues and they're viewing it as intimidation and if you're, um, doing it to intimidate them... | 7:17 |
| Sally Ness | I'm definitely not doing it to intimidate them. In fact...[overlapping] | 7:42 |
| Sergeant Roepke | ...then-then its-its well, okay, but then we're bordering on-on charges against you, which we don't want to have to go down there either, right? [overlapping] | 7:45 |
| Sally Ness | Well then you know...[overlapping] | 7:50 |
| Sergeant Roepke | I mean, if you want to take some pictures, come and take some pictures and then move on. [overlapping] | 7:50 |
| Sally Ness | If the City, if the City, if the City wants to... [overlapping] | 7:52 |
| Sergeant Roepke | Mm-hmm. | 7:55 |
| Sally Ness | ...count, you know document it, that'd be great.  [overlapping] | 7:55 |
| Sergeant Roepke | Yeah. | 7:58 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | If the City wants to come out here and document instead of me. [overlapping] | 7:59 |
| Sergeant Roepke | We are here all the time. [overlapping] | 8:01 |
| Sally Ness | No-no…no. [overlapping] | 8:02 |
| Sergeant Roepke | We've got squad car cameras. We've got things going on and we're here dealing with the, you know, varying issues with the Dar Al-Farooq Center. Um, if, ah, if, you, you know, if you're here to take some pictures to document the parking issues and what not. [overlapping] | 8:03 |
| Sally Ness | Several issues too…[overlapping] | 8:18 |
| Sergeant Roepke | That's fine.  [overlapping] | 8:18 |
| Sally Ness | …like the busses. [overlapping] | 8:19 |
| Sergeant Roepke | Okay. [overlapping] | 8:21 |
| Sally Ness | School starts now 7:15. | 8:21 |
| Sergeant Roepke | Okay. | 8:22 |
| Sally Ness | The busses come. Yesterday they came after 7:15. [overlapping] | 8:22 |
| Sergeant Roepke | Okay. [overlapping] | 8:25 |
| Sally Ness | Today they just made 7:15. | 8:27 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | Okay, Sally. [overlapping] | 8:28 |
| Sally Ness | Still isn't enough time for breakfast before the bell. | 8:29 |
| Sergeant Roepke | Yep. [overlapping] | 8:31 |
| Sally Ness | I mean these are-these are our tax dollars. | 8:32 |
| Sergeant Roepke | Okay. [overlapping] | 8:32 |
| Sally Ness | And I have every right to document it and I'm not… | 8:34 |
| Sergeant Roepke | Mm-hmm. | 8:37 |
| Sally Ness | …harassing them, I'm not. | 8:37 |
| Officer Meyer | Well that's, that's how they feel it over there, that you're harassing them.  So. | 8:39 |
| Sergeant Roepke | Yeah, so, yeah. [overlapping] | 8:41 |
| Sally Ness | So that's what determines the police coming, is how they feel about it? [overlapping] | 8:42 |
| Sergeant Roepke | Well… you… Sally. Yeah, yeah 'cause if anybody, if you felt intimidated by them, we'd come for the same reason.  Okay? [overlapping] | 8:43 |
| Sally Ness | No, actually you didn't, because, ah, well, I was blocked. | 8:52 |

***Sally Ness***
***v.***
***City of Bloomington, et al.***

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | So… Sally just stop and listen now.  Okay, you've obviously done your homework on laws, City Ordinances, state statutes that kind of thing as far as this goes. Do some homework on harassment. Make sure you're not doing-the violating that statute, okay? Because if you are, we're going to end up with charges against you and that's not something we want to do and that's not something you want, is that right? So, if you want to take pictures to document what you to need to document, stop for 30 seconds, take pictures you need and move on.  But if you're sitting here and watching what's going on…[overlapping] | 8:53 |
| Sally Ness | No, 30 seconds doesn't work because I'm documenting how many students are tardy. Oh, for instance again I've contacted the state and said what is their tardy policy. [overlapping] | 9:26 |
| Sergeant Roepke | Okay. Well, I'm, okay. I'm not…that's fine, Sally, I'm not…Sally I've heard all this I don't want to get into the dynamics of everything you're talking about. All I'm saying is you're bordering on harassing. And that's not a road you want to go down. So, you obviously done a lot of homework. Read up on harassment statutes and make sure you're not violating it, okay?  Are we good? | 9:31 |
| Sally Ness | Um, you-you said you're not taking sides, but I'm here for a specific purpose, documenting uses that are not following state statute…[overlapping] | 10:08 |
| Sergeant Roepke | Okay, and…[overlapping] | 10:12 |
| Sally Ness | …City Codes. And I am not… | 10:12 |
| Officer Meyer | Are you-are you filming other schools then, too? | 10:12 |

13

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | Um, why would I? | 10:14 |
| Officer Meyer | Because they, ah, they ah have to follow the same rules as this school, so. | 10:16 |
| Sally Ness | No, but why would I? | 10:16 |
| Sergeant Roepke | Okay, if they're sitting across the street from your house, taking pictures of your house, we're going to have the same problem with them.  Okay? | 10:20 |
| Sally Ness | They-they have, and I have. That's what…[overlapping] | 10:26 |
| Sergeant Roepke | Okay. They have? Well, okay. [overlapping] | 10:27 |
| Sally Ness | You interrupted me.  I was telling you, gonna tell you that, I actually went with an attorney to the City… [overlapping] | 10:28 |
| Sergeant Roepke | Okay, Mm-hmm. Mm-hmm. [overlapping] | 10:34 |
| Sally Ness | …to register complaint about being blocked in my car. And it was bad enough that it was the FBI asked me about it when they stopped at my house. | 10:34 |
| Sergeant Roepke | Mm-hmm. | 10:43 |
| Sally Ness | So it was an issue, and I didn't want… | 10:43 |
| Sergeant Roepke | Okay. | 10:45 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sally Ness | I didn't want to register complaint because the police do not interact, um. I-I-I'm concerned about the way the police interact. Anyway… | 10:45 |
| Sergeant Roepke | Mm-hmm. Okay, well…we're concerned about how you act, so that's why we're here. | 11:01 |
| Sally Ness | So, and, and then [overlapping] when I was there and you know, you know, said what had happened, she said well those people were there to protest. I said, there was no protest going on. That wasn't, you know.  And then I said, you know she goes I don't believe you because you took so long to register your complaint. | 11:04 |
| Officer Meyer | What, what do you want to happen? [overlapping] | 11:20 |
| Sally Ness | Um. | 11:23 |
| Sergeant Roepke | She wants them gone. | 11:23 |
| Sally Ness | No, I want the City to require City Code compliance. I want the State to address, you know, schools to operate as schools are supposed to. I want the law to be followed. | 11:24 |
| Officer Meyer | Okay. | 11:37 |
| Sally Ness | I mean it's… | 11:38 |
| Sergeant Roepke | Yeah. And that's, and that's what is happening. [overlapping] | 11:38 |
| Sally Ness | …it's, it's beneficial for everyone… | 11:39 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | Right and that what happening. | 11:40 |
| Sally Ness | ...for everyone... | 11:41 |
| Sergeant Roepke | Right | 11:42 |
| Officer Meyer | Mm-hmm. [overlapping] | 11:42 |
| Sally Ness | ...on both sides. | 11:42 |
| Sergeant Roepke | When violations occur. they're being dealt with. Okay? You're kind of going overboard on your oversight of all this, and it's turning into a harassment type issue. Okay? So, that's I'm just let- gonna to leave it at that. Like I said, read the statute make sure you're not violating it so you don't get a charge on you. Okay? | 11:43 |
| Officer Meyer | What's your phone number. Sally? They want to file a report, so I need your information to put on the report so. | 12:01 |
| Sally Ness | I mean...you guys have all of my information. | 12:18 |
| Officer Meyer | I have everything but your phone number. I don't have your phone number. | 12:20 |
| Sally Ness | And um, I am just try to think of, um, I should of... | 12:23 |
| Officer Meyer | You want to give me your phone number or no? [overlapping] | 12:28 |
| Sally Ness | No. | 11:30 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Officer Meyer | Okay. Alright. | 11:31 |
| Sergeant Roepke | Hello. | 12:41 |
| Bystander | Hi. | 12:42 |
| Sergeant Roepke | How are you? | 12:43 |
| Bystander | Doing good. Thanks for talking to her. | 12:44 |
| Sergeant Roepke | Okay, Yep. Are you here for? | 12:46 |
| Bystander | I'm just here 'cause she's freaking people out. | 12:49 |
| Sergeant Roepke | Okay. Yeah she is so. | 12:49 |
| Bystander | So I'm just gonna wave at people as they walk by and then go. | 12:53 |
| Sergeant Roepke | Yep. Yeah. We're just trying to make sure everyone feels comfortable you know we don't want anyone feeling harassed and that's kind of the way things are going, so. [overlapping] | 12:53 |
| Bystander | I know. It's a bummer, I really appreciate that you talk... came and talked to her because I-I don't understand. Like if somebody was doing that to my kid's school I would be so pissed off. | 13:02 |
| Sergeant Roepke | Yeah. Yeah. Sure. Mm-hmm. Right, yeah. Yeah. No. I-I-I [overlapping] | 13:03 |
| Bystander | It's like I would be like so mad. | 13:12 |

*Sally Ness*
*v.*
*City of Bloomington, et al.*

**Case No. 19-cv-2882 (ADM/DTS)**
**CONFIDENTIAL/PROTECTED NON-PUBLIC**

Jones Decl. Ex. 3 – Filename:  AXON_Body_2_Video_2019-08-27_0724

| SPEAKER | TRANSCRIPTION | TIME |
|---|---|---|
| Sergeant Roepke | I agree. I agree. Alright. [overlapping] | 13:12 |
| Bystander | So thank you very much. I appreciated it. | 13:15 |
| Sergeant Roepke | Well, okay. We're going to leave, if you know, if she's bothering you or whatever give us a call. [overlapping] | 13:15 |
| Bystander | I'll just stand here. Okay? Thank you. | 13:19 |
| Sergeant Roepke | You bet. | 13:21 |