# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
**FILED UNDER SEAL EXHIBIT 4 TO THE
DECLARATION OF DEBRA A. JONES**

Sally Ness,

                Plaintiff(s)

v.

City of Bloomington; Michael O. Freeman, in his official capacity as Hennepin County Attorney; Troy Meyer, individually and in his official capacity as a police officer, City of Bloomington; Mike Roepke, individually and in his official capacity as a police officer, City of Bloomington,

                Defendant(s)

Case Number: 19-cv-2882 (ADM/DTS)

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

### UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF DEBRA A. JONES

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required):

☐ Physical Object (description):

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Under Seal Exhibit 4 to the Declaration of Debra A. Jones</u> - Bodycam recording of August 27, 2019 interaction among Bloomington Police Sergeant Mike Roepke, Bloomington Police Officer Troy Meyer, and Sally Ness.

☐ Other (description):

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017

Form Updated 02/02/2017