## UNITED STATES DISTRICT COURT
### District of Minnesota

Sally Ness,

               Plaintiff,

v.

City of Bloomington, Michael O. Freeman,
Troy Meyer, Mike Roepke,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-2882 ADM/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Ness's Motion for a Preliminary Injunction [Docket No. 16] is **DENIED.**

Date: 2/4/2020

KATE M. FOGARTY, CLERK

s/Cara Kreuziger
(By)   Cara Kreuziger, Deputy Clerk