IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Sally Ness,<br><br>    Plaintiff,<br><br>v.<br><br>City of Bloomington; Michael O. Freeman, in his official capacity as Hennepin County Attorney; Troy Meyer, individually and in his official capacity as a police officer, City of Bloomington; Mike Roepke, individually and in his official capacity as a police officer, City of Bloomington<br><br>    Defendants. | Case No. 19-cv-2882 (ADM/DTS)<br><br>**DECLARATION OF KATHERINE M. SWENSON IN SUPPORT OF BILL OF COSTS OF DEFENDANTS CITY OF BLOOMINGTON, TROY MEYER, AND MIKE ROEPKE** |

I, Katherine M. Swenson, declare as follows:

1. I am an attorney with the law firm Greene Espel PLLP, legal counsel retained to represent Defendants City of Bloomington, Mike Roepke, and Troy Meyer ("the City Defendants") in the above-referenced matter.

2. I submit this declaration based on personal knowledge in support of the City Defendants' Bill of Costs.

3. The following chart outlines the courtesy-copy charges our clients incurred and were invoiced for as a result of defending this matter:

| Date | Amount Claimed | Description | |
|---|---|---|---|
| 12/19/2019 | $86.25 | Courtesy copies charges of Defendants City of Bloomington, Troy Meyer, and Mike Roepke's opposition briefing to Plaintiff's Motion for Preliminary Injunction and supporting declarations and exhibits | 1,158 pages x $0.10<br><br>$86.25 charged to clients |
| 2/27/2020 | $8.20 | Courtesy copies of Defendants City of Bloomington, Troy Meyer, and Mike Roepke's Motion to Dismiss briefing and supporting declarations | 82 pages x $0.10 |
| TOTAL | $94.45 | | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2020     s/ Katherine M. Swenson
                                Katherine M. Swenson