UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sally Ness,

    Plaintiff,

-vs-                                              19-cv-2882 ADM/DTS

City of Bloomington, Michael O. Freeman,
Troy Meyer, Mike Roepke,

    Defendants,

Attorney General's Office for the
State of Minnesota,

    Intervenor.

## COST JUDGMENT

The costs of the Defendants, City of Bloomington, Troy Meyer, Mike Roepke, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Sally Ness, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees and Disbursements for Printing (Copies) | $94.45 | $94.45 |
| Total | $94.45 | $94.45 |

Costs, therefore, are taxed against Plaintiff, Sally Ness, in the amount of $94.45 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on October 22, 2020.

                                                                       KATE M. FOGARTY, CLERK

                                                                       By: s/ M. Vicklund

                                                                       M. Vicklund
                                                                       Deputy Clerk