# TAXATION OF COSTS SUMMARY

Sally Ness,

        Plaintiff,

-vs-                                                                                       19-cv-2882 ADM/DTS

City of Bloomington, Michael O. Freeman,
Troy Meyer, Mike Roepke,

        Defendants,

Attorney General's Office for the
State of Minnesota,

        Intervenor.

_____

Defendants, City of Bloomington, Troy Meyer, Mike Roepke,
against Plaintiff, Sally Ness:

1. Fees and Disbursements for Printing (Copies):
   Claimed: $94.45          Allowed: $94.45
   Allowed: Sufficient explanation and documentation provided for copy fees in the amount of $94.45.

                        TOTAL ALLOWED:
                              $94.45

Dated: OCTOBER 22, 2020
M. Vicklund, Deputy Clerk