# EXHIBIT A

# American Freedom Law Center - Timesheet Report

Data as of: Oct 1, 2021 8:43:12 AM

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 2.25 | USD$ 1,125.00 | Sep 25, 2019 | Litigation | Review of facts | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.25 | USD$ 125.00 | Sep 26, 2019 | Litigation | Attorney conference | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.40 | USD$ 1,200.00 | Sep 26, 2019 | Litigation | Review of facts / conference with client | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 5.48 | USD$ 2,741.67 | Sep 27, 2019 | Litigation | Reviewing facts / preparing complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.20 | USD$ 600.00 | Sep 30, 2019 | Litigation | Reviewing facts / comparing complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 4.50 | USD$ 2,250.00 | Oct 1, 2019 | Litigation | Reviewing facts / preparing complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 3.80 | USD$ 1,900.00 | Oct 2, 2019 | Litigation | Reviewing facts / preparing complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.45 | USD$ 225.00 | Oct 31, 2019 | Litigation | Correspondence with client re: meeting with officers | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.20 | USD$ 600.00 | Oct 31, 2019 | Litigation | Preparing complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.90 | USD$ 450.00 | Nov 1, 2019 | Litigation | Drafting complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.65 | USD$ 825.00 | Nov 4, 2019 | Litigation | Revising complaint; adding new city ordinance and additional facts | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 5.22 | USD$ 2,610.00 | Nov 5, 2019 | Litigation | Preparing complaint / revising facts and claims | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.95 | USD$ 975.00 | Nov 6, 2019 | Litigation | Preparing motion for TRO/Preliminary Injunction and brief in support | Sally Ness v City of Bloomington | |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 4.13 | USD$ 2,066.67 | Nov 6, 2019 | Litigation | Revising complaint | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.27 | USD$ 1,133.33 | Nov 7, 2019 | Litigation | Preparing declaration in support of TRO/Preliminary Injunction motion | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 4.75 | USD$ 2,375.00 | Nov 7, 2019 | Litigation | Preparing motion/brief for TRO/preliminary injunction | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.68 | USD$ 1,341.67 | Nov 8, 2019 | Litigation | Preparing motion for TRO/preliminary injunction | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.80 | USD$ 400.00 | Nov 8, 2019 | Litigation | Preparing proposed TRO | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.70 | USD$ 350.00 | Nov 13, 2019 | Litigation | Conference with counsel; preparing communications to judge re: ex parte TRO | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.25 | USD$ 125.00 | Nov 18, 2019 | Litigation | Conference with counsel re: briefing schedule/expedite | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.55 | USD$ 275.00 | Nov 21, 2019 | Litigation | Preparing stipulation order | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.75 | USD$ 375.00 | Dec 18, 2019 | Litigation | Review of City's opposition | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.47 | USD$ 233.33 | Dec 20, 2019 | Litigation | Preparing reply in support of motion for preliminary injunction | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.25 | USD$ 625.00 | Dec 21, 2019 | Litigation | Review of City brief / prepared notes for reply | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.00 | USD$ 500.00 | Dec 21, 2019 | Litigation | Review of county brief; prepared notes for reply | Sally Ness v City of Bloomington | -1 |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 10.23 | USD$ 5,116.67 | Dec 23, 2019 | Litigation | Preparing reply to City and County oppositions | Sally Ness v City of Bloomington | -5 |
| Muise, Robert | USD$ 500.00 | 2.22 | USD$ 1,108.33 | Dec 24, 2019 | Litigation | Preparing reply in support of PI motion | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 5.20 | USD$ 2,600.00 | Dec 26, 2019 | Litigation | Preparing reply brief | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.20 | USD$ 1,100.00 | Dec 27, 2019 | Litigation | Preparing reply brief | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.35 | USD$ 675.00 | Dec 30, 2019 | Litigation | Finalized and filed reply and associated documents | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.67 | USD$ 1,333.33 | Jan 6, 2020 | Litigation | Preparing for hearing on PI motion | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 200.00 | 4.00 | USD$ 800.00 | Jan 7, 2020 | Litigation | Travel to Minnesota for PI hearing | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.50 | USD$ 1,250.00 | Jan 7, 2020 | Litigation | Preparing for PI motion hearing | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 200.00 | 4.00 | USD$ 800.00 | Jan 8, 2020 | Litigation | Travel from Minnesota | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.50 | USD$ 750.00 | Jan 8, 2020 | Litigation | PI motion hearing | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.30 | USD$ 150.00 | Jan 20, 2020 | Litigation | Review of joint motion re: documents under seal | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.55 | USD$ 275.00 | Jan 21, 2020 | Litigation | Conference with counsel re: revisions to joint motion regarding documents under seal / review of edits | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 3.42 | USD$ 1,708.33 | Feb 27, 2020 | Litigation | Preparing response to County's motion to dismiss | Sally Ness v City of Bloomington | -3.42 |
| Muise, Robert | USD$ 500.00 | 2.12 | USD$ 1,058.33 | Feb 28, 2020 | Litigation | Preparing response to motions to dismiss | Sally Ness v City of Bloomington | |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 3.55 | USD$ 1,775.00 | Mar 2, 2020 | Litigation | Preparing responses to motions to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 3.72 | USD$ 1,858.33 | Mar 3, 2020 | Litigation | Preparing response to motions to dismiss. | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 5.20 | USD$ 2,600.00 | Mar 4, 2020 | Litigation | Preparing response to motions to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 5.52 | USD$ 2,758.33 | Mar 5, 2020 | Litigation | Preparing response to City's motion to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.70 | USD$ 1,350.00 | Mar 5, 2020 | Litigation | Preparing response to County's motion to dismiss | Sally Ness v City of Bloomington | -2.70 |
| Muise, Robert | USD$ 500.00 | 2.78 | USD$ 1,391.67 | Mar 6, 2020 | Litigation | Preparing response to the City's motion to dismiss. | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.33 | USD$ 666.67 | Mar 9, 2020 | Litigation | Preparing response to the City's motion to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.28 | USD$ 641.67 | Mar 9, 2020 | Litigation | Preparing response to the County's motion to dismiss. | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 3.75 | USD$ 1,875.00 | Mar 10, 2020 | Litigation | Preparing response to City's motion to dismiss. | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.12 | USD$ 1,058.33 | Mar 11, 2020 | Litigation | Preparing motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.25 | USD$ 1,125.00 | Mar 11, 2020 | Litigation | Preparing response to City's motion to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 1.13 | USD$ 566.67 | Mar 11, 2020 | Litigation | Revising response to the County's motion to dismiss | Sally Ness v City of Bloomington | -1.13 |
| Muise, Robert | USD$ 500.00 | 0.97 | USD$ 483.33 | Mar 13, 2020 | Litigation | Preparing response to City's motion to dismiss | Sally Ness v City of Bloomington | |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 0.93 | USD$ 466.67 | Mar 13, 2020 | Litigation | Preparing response to County's motion to dismiss | Sally Ness v City of Bloomington | -.93 |
| Muise, Robert | USD$ 500.00 | 0.32 | USD$ 158.33 | Mar 16, 2020 | Litigation | Preparing responses to motions to dismiss for filing | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.57 | USD$ 1,283.33 | Mar 16, 2020 | Litigation | Preparing response to City's motion to dismiss | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.08 | USD$ 41.67 | Mar 16, 2020 | Litigation | Preparing response to County's motion to dismiss | Sally Ness v City of Bloomington | -.08 |
| Muise, Robert | USD$ 500.00 | 2.20 | USD$ 1,100.00 | Mar 17, 2020 | Litigation | Preparing motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.27 | USD$ 133.33 | Mar 18, 2020 | Litigation | Preparing documents in support of motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.70 | USD$ 350.00 | Mar 19, 2020 | Litigation | Preparing documents in support of motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.10 | USD$ 50.00 | Mar 23, 2020 | Litigation | Conference with counsel re: stipulation / briefing schedule | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 3.67 | USD$ 1,833.33 | Mar 23, 2020 | Litigation | Preparing motion for summary judgment / revising memorandum of law | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.87 | USD$ 433.33 | Apr 21, 2020 | Litigation | Preparing reply in support of motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 6.20 | USD$ 3,100.00 | Apr 22, 2020 | Litigation | Preparing reply brief in support of MSJ | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 4.23 | USD$ 2,116.67 | Apr 23, 2020 | Litigation | Preparing reply in support of MSJ | Sally Ness v City of Bloomington | |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Muise, Robert | USD$ 500.00 | 1.35 | USD$ 675.00 | Apr 24, 2020 | Litigation | Preparing reply in support of motion for summary judgment | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 0.42 | USD$ 208.33 | Apr 29, 2020 | Litigation | Preparing response to AG's brief | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 11.20 | USD$ 5,600.00 | Apr 30, 2020 | Litigation | Preparing response to AG's brief | Sally Ness v City of Bloomington | -6 |
| Muise, Robert | USD$ 500.00 | 6.17 | USD$ 3,083.33 | May 1, 2020 | Litigation | Preparing response to AG's brief | Sally Ness v City of Bloomington | |
| Muise, Robert | USD$ 500.00 | 2.90 | USD$ 1,450.00 | May 4, 2020 | Litigation | Preparing response to AG's memo | Sally Ness v City of Bloomington | |
| | | 173.57 | USD$ 84,384.98 | | | | | |

Total Hours for Fee Motion: 1.75

Total Reduction 20.26

Total Hours: 155.06          Total: $77,530