# EXHIBIT B

## American Freedom Law Center - Timesheet Report

Data as of: Oct 1, 2021 8:48:06 AM

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Yerushalmi, David | USD$ 500.00 | 2.50 | USD$ 1,250.00 | Nov 3, 2019 | Litigation | Review and edit complaint | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 1.00 | USD$ 500.00 | Nov 6, 2019 | Litigation | Review and edit complaint | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 2.00 | USD$ 1,000.00 | Nov 7, 2019 | Litigation | Review and edit motion/brief for TRO/preliminary injunction | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 3.00 | USD$ 1,500.00 | Nov 24, 2019 | Litigation | Review and edit reply in support of PI motion | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 1.00 | USD$ 500.00 | Feb 28, 2020 | Litigation | Review motion to dismiss/outline issues | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 2.00 | USD$ 1,000.00 | Mar 8, 2020 | Litigation | Review and edit response to motion to dismiss | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 2.00 | USD$ 1,000.00 | Mar 22, 2020 | Litigation | Review and edit motion for summary judgment | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 1.50 | USD$ 750.00 | Apr 23, 2020 | Litigation | Review and edit reply re motion for summary judgment | Sally Ness v City of Bloomington | |
| Yerushalmi, David | USD$ 500.00 | 2.50 | USD$ 1,250.00 | May 1, 2020 | Litigation | Review and edit response to AG's brief | Sally Ness v City of Bloomington | -2.50 |
| | | 17.50 | USD$ 8,750.00 | | | | | |

Total Hours: 15        Total: $7,500.00        Total Reduction 2.50