# EXHIBIT C

# American Freedom Law Center - Timesheet Report

Data as of:  Oct 1, 2021 8:44:52 AM

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | |
|---|---|---|---|---|---|---|---|---|
| Oliveri, Kate | USD$ 300.00 | 3.82 | USD$ 1,146.00 | Oct 30, 2019 | Litigation | research on harassment & photography | Sally Ness v City of Bloomington |  Reductions |
| Oliveri, Kate | USD$ 300.00 | 1.54 | USD$ 462.00 | Oct 31, 2019 | Litigation | research harassment laws and limitations of photography in public places | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 0.92 | USD$ 276.00 | Nov 1, 2019 | Litigation | research harassment laws and limitations of photography in public places | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 4.83 | USD$ 1,449.00 | Nov 4, 2019 | Litigation | research re: first amend. | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 2.98 | USD$ 894.00 | Nov 4, 2019 | Litigation | research re TRO/PI standard | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 3.14 | USD$ 942.00 | Nov 5, 2019 | Litigation | research re: first amend. | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 2.97 | USD$ 891.00 | Nov 6, 2019 | Litigation | edit complaint | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 1.02 | USD$ 306.00 | Nov 6, 2019 | Litigation | research on PI factors | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 5.79 | USD$ 1,737.00 | Nov 8, 2019 | Litigation | research harassment statutes | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 0.52 | USD$ 156.00 | Nov 11, 2019 | Litigation | PHV admission research | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 3.92 | USD$ 1,176.00 | Nov 13, 2019 | Litigation | research harassment statutes | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 2.56 | USD$ 768.00 | Nov 14, 2019 | Litigation | research overbreadth & vagueness | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 6.23 | USD$ 1,869.00 | Feb 19, 2020 | Litigation | Research re photography | Sally Ness v City of Bloomington | |

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Oliveri, Kate | USD$ 300.00 | 2.14 | USD$ 642.00 | Feb 20, 2020 | Litigation | Research re photography | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 3.71 | USD$ 1,113.00 | Feb 21, 2020 | Litigation | Research re photography and content based restrictions | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 7.89 | USD$ 2,367.00 | Feb 28, 2020 | Litigation | Read mot. to dismiss & begin review of case law | Sally Ness v City of Bloomington | -4 |
| Oliveri, Kate | USD$ 300.00 | 4.14 | USD$ 1,242.00 | Mar 2, 2020 | Litigation | research county liability | Sally Ness v City of Bloomington | -4.14 |
| Oliveri, Kate | USD$ 300.00 | 3.17 | USD$ 951.00 | Mar 3, 2020 | Litigation | research county liability | Sally Ness v City of Bloomington | -3.17 |
| Oliveri, Kate | USD$ 300.00 | 4.21 | USD$ 1,263.00 | Mar 5, 2020 | Litigation | draft case law analysis | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 6.91 | USD$ 2,073.00 | Mar 6, 2020 | Litigation | research on county liability | Sally Ness v City of Bloomington | -6.91 |
| Oliveri, Kate | USD$ 300.00 | 5.61 | USD$ 1,683.00 | Mar 9, 2020 | Litigation | revise brief | Sally Ness v City of Bloomington | -3 |
| Oliveri, Kate | USD$ 300.00 | 6.57 | USD$ 1,971.00 | Mar 10, 2020 | Litigation | research qualified immunity & photography | Sally Ness v City of Bloomington | -3 |
| Oliveri, Kate | USD$ 300.00 | 5.81 | USD$ 1,743.00 | Mar 11, 2020 | Litigation | research & drafting qualified immunity | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 1.45 | USD$ 435.00 | Apr 24, 2020 | Litigation | Edit reply | Sally Ness v City of Bloomington | |
| Oliveri, Kate | USD$ 300.00 | 1.75 | USD$ 525.00 | May 1, 2020 | Litigation | research judicial notice and jurisdiction challenges | Sally Ness v City of Bloomington | |
| | | 93.60 | USD$ 28,080.00 | | | | | |

Total Hours: 69.38    Total:$20,814.00    Total Reduction 24.22