# EXHIBIT D

## American Freedom Law Center - Timesheet Report

Data as of:  Oct 1, 2021 8:47:07 AM

| User Name | Billing Rate Amount | Total Hrs | Actual Billing (Selected Dates) | Entry Date | Activity Name | Comments | Project Name | Reductions |
|---|---|---|---|---|---|---|---|---|
| Page, Cindy | USD$ 150.00 | 1.25 | USD$ 187.50 | Nov 6, 2019 | Paralegal | Fact check brief | Sally Ness v City of Bloomington | |
| Page, Cindy | USD$ 150.00 | 1.50 | USD$ 225.00 | Mar 12, 2020 | Paralegal | Fact check response to motion to dismiss | Sally Ness v City of Bloomington | |
| Page, Cindy | USD$ 150.00 | 1.00 | USD$ 150.00 | May 4, 2020 | Paralegal | Fact check response to AG's brief | Sally Ness v City of Bloomington | -1.00 |
| | | 3.75 | USD$ 562.50 | | | | | |

Total Hours: 2.75    Total: $412.50    Total Reduction 1