# EXHIBIT E

# American Freedom Law Center Expense Report

Data as of: Oct 1, 2021 8:52:15 AM

| Client Name | Project Name | Expense Code | Expense Entry Description | Amount | Incurred Date |
|---|---|---|---|---|---|
| Ness, Sally | | | | | |
| | Sally Ness v City of Bloomington | | | | |
| | | Airfare | Allianz Travel | USD$ 24.75 | Dec 10, 2019 |
| | | Airfare | Delta Air | USD$ 366.60 | Dec 10, 2019 |
| | | Local Transportation | Metro Cars | USD$ 82.80 | Jan 6, 2020 |
| | | Meals | HDS & Partners | USD$ 6.78 | Jan 7, 2020 |
| | | Meals | The Simple Sandwich | USD$ 9.99 | Jan 7, 2020 |
| | | Local Transportation | Airports on Time Taxi | USD$ 56.58 | Jan 8, 2020 |
| | | Local Transportation | Metro Cars | USD$ 80.00 | Jan 8, 2020 |
| | | Meals | Black Sheep Pizza | USD$ 27.27 | Jan 8, 2020 |
| | | Meals | Minneapolis Airport | USD$ 2.99 | Jan 8, 2020 |
| | | Hotel | Emery Hotel | USD$ 309.30 | Jan 9, 2020 |
| **Full Summary** | | | | USD$ 967.06 | |



Date of Purchase: Dec 10, 2019

# Detroit, MI ▶ Minneapolis/St Paul, MN

**Passenger Information**

ROBERT JOSEPH MUISE
SkyMiles#: 9013762076

Confirmation Number: **HOOIW2**
Ticket Number: **0062410466320**

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| DTW ▶ MSP | Tue 07Jan2020 | DL 841 | | OPEN | L | 23C |
| MSP ▶ DTW | Wed 08Jan2020 | DL 1669 | | OPEN | T | 29D |

## DETAILED CHARGES

**Air Transportation Charges**

Base Fare: $314.42 USD

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $23.58 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.40 USD |
| **Total Price:** | **$366.60 USD** |

Paid with American Express ending 1008 — $366.60 USD

## KEY OF TERMS

\# - Arrival date different than departure date
\*\* - Check-in required
\*\*\*- Multiple meals
\*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's **check-in requirements** and **baggage** guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit **http://SafeTravel.dot.gov**
Do you have comments about service? Please **email** us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

For best print results, use the print icon within the page (🖨) instead of your browser print function.



| TUE, 07 JAN 2020 | CONFIRMATION#: **HOOIW2** |
|---|---|
| DETROIT, MI TO MINNEAPOLIS/ST PAUL, MN | |

ROUND TRIP, 1 PASSENGER    | VIEW RECEIPT | ONE-TIME FLIGHT NOTIFICATION | PRIVACY POLICY          MODIFY FLIGHT



IT'S SIMPLE, PLUS MEANS MORE
**Comfort+**
○ $109.00 USD
○ 4,600 miles
MSP - DTW, Per Passenger



ENJOY EACH MILE
**First**
⦿ $139.00 USD
○ 13,000 miles
Each Way Per Passenger

## FLIGHT INFORMATION

### FLIGHT  DL 841

TUE, 07 JAN 2020        28 DAYS FROM DEPARTURE



DEPART:  12:10 PM
ARRIVE:  1:14 PM     **ON TIME**

MEAL SERVICES: Light Refreshments, Drinks

IN-FLIGHT SERVICES AND AMENITIES MAY VARY AND ARE SUBJECT TO CHANGE.
PASSENGER STATUS: CONFIRMED

Or purchase now and we will select seats on all segments for you

MAIN CABIN (L) | Nonrefundable

Find Sky Club Locations:
Detroit Metro Arpt - DTW
Minneapolis-St Paul Intl - MSP

Airport Maps: DTW | MSP

Aircraft:
**Boeing 717-200**

FLIGHT TIME:
2HR 4M

On Time % : N/A

Miles Flown: 527

Baggage & Service Fees

### FLIGHT  DL 1669

WED, 08 JAN 2020        29 DAYS FROM DEPARTURE

DEPART:  6:15 PM
ARRIVE:  9:01 PM    **ON TIME**

MAIN CABIN (T) | Nonrefundable

**MEAL SERVICES:** Light Refreshments, Drinks

IN-FLIGHT SERVICES AND AMENITIES MAY VARY AND ARE SUBJECT TO CHANGE.
PASSENGER STATUS: CONFIRMED



Find Sky Club Locations:

Minneapolis-St Paul Intl - MSP
Detroit Metro Arpt - DTW

Airport Maps: MSP | DTW

**Aircraft:** Airbus A321

**FLIGHT TIME:** 1HR 46M

On Time % : N/A

Miles Flown: 528

Baggage & Service Fees

## PASSENGER INFORMATION

| | NAME | FLIGHT | SEATS | TRIP EXTRAS | SPECIAL REQUESTS |
|---|---|---|---|---|---|
| 1 | ROBERT JOSEPH MUISE<br><br>SkyMiles # ******2076  Log In to Modify / Remove<br><br>eTicket #0062410466320 | DTW ▶ MSP | 23C<br>Main Cabin (L)<br>Change or Purchase Seats | | |
| | | MSP ▶ DTW | 29D<br>Main Cabin (T)<br>Change or Purchase Seats | | |

### SECURE FLIGHT PASSENGER DATA & CONTACT INFORMATION          OPEN

You may update your Redress Number, Known Traveler Number, Passenger Contact Information, and Emergency Contact Information in My Trips. If you need to get your Secure Flight Passenger name corrected, please call 1-888-750-3284 before your trip.

### TRIP PROTECTION

**A GREAT COMBINATION: YOUR TRIP + PEACE OF MIND**

Congratulations! You have chosen to protect your trip with valuable Allianz Travel Insurance. Please see your Policy/Certificate of Insurance for complete coverage details. You should have received all plan information via email within 48 hours of purchase. Please call 1-800-419-8016 with any questions.

**Our Promise to You:** If you're not completely satisfied, you have 10 days (or more, depending on your state of residence) to request a refund, provided you haven't started your trip or initiated a claim. Premiums are non-refundable after this period.

$ 24 75
For all flights and passengers

✓ PURCHASED

MANAGE YOUR POLICY  |  CUSTOMER SUPPORT  |  FILE A CLAIM

VIEW RECEIPT                                                        CANCEL

Search for a topic...

Metro Cars
24957 Brest Road
Taylor, MI 48180
(734) 946-5700     Fax: (734) 946-5908

Confirmation
**990573**

www.metrocars.com
custserv@metrocars.com

Toll Free: (800) 456-1701

# Transportation Confirmation

***ASK US ABOUT OUR WORLDWIDE RESERVATION NETWORK!***

**Company :**
**Requestor:** Muise, Robert
**Address :** PO Box 131098
Ann Arbor, MI 48113
**Home #** (734) 635-3756
**Fax #**
**Office #**
**Mobile #** (734) 635-3756
**Your PO #:**
**Dept. #:**

## Pick Up & Drop Off Information

| | | | | |
|---|---|---|---|---|
| **Passenger(s).:** | 1   Robert Muise   m: (734) 635-3756 | | **Occasion:** | Airport Transfer |
| **Pick Up Date....:** | 1/7/2020  Tuesday | **Drop Off Date....:** 1/7/20 | **Vehicle Type:** | Sedan |
| **Pick Up Time...:** | 10:00AM | **Drop Off Time...:** 11:00 AM | | |

**Pick Up :** 7097 Stommel Ct Ypsilanti MI 48198
**Drop Off :** DTW - Detroit Metro Wayne Co Airport 1 Detroit Metro Airport Romulus MI 48242 USA

**Notes:**

## Billing & Rate Information

| | | | | |
|---|---|---|---|---|
| **Billing Type :** | American Express | **Hourly Rate :** 0.00 hr(s) x | | $0.00 |
| **Account # :** | XXXXXXX1008   Exp: | **Fixed Rate :** + $69.00 | = | $69.00 |
| **Acct. Name :** | Robert Muise | **Standard Gratuity:** | 20.00 % | $13.80 |
| | | **Tax :** | 0.00 % | $0.00 |

Trip Charges and additional fees are estimated and subject to final audit upon completion of reservation.

**Deposit:**
1/6/20  9:24 AM     $82.80

| | |
|---|---|
| **Special Gratuity** | $0.00 |
| **Trip Total** | $82.80 |
| **Deposit** | ($82.80) |
| **Total Due to Driver:** | $0.00 |

## Terms and Conditions

**IMPORTANT***AIRLINES RECOMMEND THAT YOU ARRIVE AT THE AIRPORT AT LEAST 2 HOURS PRIOR TO SCHEDULED DEPARTURE TIME FOR DOMESTIC FLIGHTS AND 3 HOURS PRIOR TO SCHEDULED DEPARTURE TIMES FOR INTERNATIONAL FLIGHTS.  Please consider this when scheduling your pickup time for trips to the Airport.

Thank you for your reservation with Metro Cars, Michigan's #1 transportation service. So that we may better serve you, please take to moment to review your reservation information, and contact us with any changes. This is only an initial confirmation and estimate  of your trip, and may not include some charges incurred during the performance of the trips. These additional charges may include extra stops, tolls, parking, wait time, etc.

In the event you need to cancel your reservation, please contact us at least 1 hour prior to the scheduled pickup time. Please obtain a cancellation number from our Customer Service Representative or you may cancel your reservation on-line or with our app, otherwise you may be billed in full. In the event you are unable to locate your chauffeur, or you require additional assistance, please contact a customer service representative at 800-456-1701, we are available 24/7.

**Date & Time Generated:**
1/6/20  09:25:57

**Agent - Date & Time Entered:**
dstephens    1/6/2020  09:24:19

Generated by Livery Coach Software



```
The Simple Sandwich
215 South 4th St

the simple
sandwich

THE HOTEL OF MINNEAPOLIS
215 SOUTH 4TH ST
Minneapolis, MN 55401
(612) 333-4200

Your Order # is:
553

              Table  Q#1
Trans #:   512553        Serv: Zak
1/7/2020 1:47 PM         # Cust:1
=====================================
 Quan  Descript                Cost
=====================================
  1 WHOLE SANDWICH            $6.75
  1 Combo - Upgrade Option    $2.25
=====================================
              Net Total:       $9.00
              MN Tax           $0.99
                          ==========
         TOTAL: $9.99
=====================================
                  Amex         $9.99
=====================================
```

```
PARADIES LAGARDERE - DTW
DETROIT INTERNATIONAL AIRPORT
        ROMULUS, MI

SALESPERSON # 405444

SNYDERS MINI PRETZAL 82621470000
                          2.79 NT
SMARTWATER           92721075000
                          3.99 TT

TOTAL                       $6.78
AMEX                        $6.78
*************** PURCHASE ***************
             APPROVED

Total:                      $6.78

Card Type:      AMEX
Card Entry:     CHIP
Acct #:         ***********1008
Approval Code:  806032

************* EMV PURCHASE *************
App Label:        AMERICAN EXPRESS
Mode:                        Issuer
AID: A000000025010801
TVR: 0800008000
IAD: 06720103A02000
TSI: E800
ARC: 00
AC:  31C2A4B4FA12CC5A
CVM: 1E0300

          CUSTOMER COPY

ITEMS 2
01/07/2020  10:44AM
000178 03 405444              6897

      THANK YOU FOR SHOPPING
        PARADIES LAGARDERE
    DETROIT INTERNATIONAL AIRPORT
         VISIT US ON THE WEB!
      WWW.PARADIESLAGARDERE.COM
```

```
          SSP America
6761238 - BLACK SHEEP
   MSP Int'l. Airport
   St. Paul MN 55111
      612-727-1856

** TRANSACTION RECORD **
Tran. #:  21257
Lookup #: 2126710082727
RVC: MSP BLACK SHEEP
Table #: 34
Check #: 5828
Group #: 1
Employee #: 1058
Employee: Desiree

American Express
Purchase
xxxxxxxxxxxx1008 C
AID: A000000025010801
APP Name:
   AMERICAN EXPRESS

Amount      $22.27
Tip          $5.00
         ==========
TOTAL USD$27.27
```

```
Delaware North  ::  CBR Partners
       MSP JetSet News
    1325 American Blvd East
     Bloomington, MN 55425
         (612) 726-6294

  Store 171 WS 1099 Opr Dereje
  1/08/2020  04:53:30 PM   #232

FIJI-WATER 500ml - MSP /24    2.99 No

Sub Total                    $2.99
Total                        $2.99

*************** PURCHASE *     2.99
             APPROVED

Total:                       $2.99

       Card Type:    AMEX
       Card Entry:   CHIP
```

```
           DRIVER'S COPY

DATE:     08-01-2020
TIME:     21:46
VEHICLE:  584
DRIVER#:  90329
DRIVER:   Abdurab Odeif
JOB #:    2304206604
Ref       991926
-----------------------------
Payment      CREDIT

NAME:     MUISE/ROBERT J

AMOUNT:              69.00
SUBTOTAL             69.00

GRATUITY:            11.00
TOTAL                80.00

AMEX
3723********1008
04/20
SWIPE
```

**Cindy Page**

| | |
|---|---|
| **From:** | Robert Muise--AFLC <rmuise@americanfreedomlawcenter.org> |
| **Sent:** | Tuesday, January 07, 2020 12:55 PM |
| **To:** | Cindy Page |
| **Subject:** | Action Item Fwd: Receipt from Airports On Time Taxi & Limo LLC |

Cab receipt for Replicon.  Ness v City of Bloomington
Robert J. Muise, Esq.
Co-Founder/Senior Counsel
American Freedom Law Center
(734) 635-3756
americanfreedomlawcenter.org
Sent from my iPhone

Begin forwarded message:

> **From:** Airports On Time Taxi & Limo LLC via Square <receipts@messaging.squareup.com>
> **Date:** January 7, 2020 at 1:31:31 PM CST
> **To:** rmuise@aflc.us
> **Subject: Receipt from Airports On Time Taxi & Limo LLC**
> **Reply-To:** Airports On Time Taxi & Limo LLC via Square <CAESOhIAGixyX21memdtdjN0bXZ3d280bGRsZmxneTVjbGlydGZpNHNsZ2JmZWk1a25peSIIZGlhbG9ndW UiIJFwz06F27YZzHIea7AlGQG9C8b6edSsVsix8Ekbx6NT@reply2.squareup.com>

Square automatically sends receipts to the email address you used at any Square seller. Learn more



# $56.58

| | |
|---|---|
| Custom Amount | $47.15 |
| Purchase Subtotal | $47.15 |
| Tip | $9.43 |
| Total | **$56.58** |

Airports On Time Taxi & Limo LLC

Last Location

AMEX 1008 (Swipe)

ROBERT J MUISE

Jan 7 2020 at 1:31 PM
#fWse
Auth code: 582863

**Run your own business?**

Start using Square and process $1,000 in sales for free.

Get Started with

© 2020 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt? Manage preferences for digital receipts



2

**AUTOGRAPH COLLECTION® HOTELS**

**EMERY, AUTOGRAPH HOTEL**                                   **GUEST FOLIO**

| 531 | MUISE/ROBERT | 239.00 | 01/08/20 | 10:26 | 8263 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | ADDRESS NOT AVAILABL | | 01/07/20 | 13:34 | |
| TYPE | XXXXX DC 48113 | | ARRIVE | TIME | |
| 111 | | AXXXXXXXXXXXXX1008 | | | MBV#: |
| ROOM CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 01/07 | RM SERV 2997 531 | 26.38 | | |
| 01/07 | ROOM 531, 1 | 239.00 | | |
| 01/07 | ROOM TAX 531, 1 | 32.13 | | |
| 01/08 | RM SERV 2015 531 | 11.79 | | |
| 01/08 | CCARD-AX | | 309.30 | |
| | PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1008 | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**As a Marriott Bonvoy member, you could have earned points towards your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.**

See https://members.marriott.com for more information

**AUTOGRAPH COLLECTION® HOTELS**
EMERY, AUTOGRAPH HOTEL
215 4TH STREET SOUTH
MINNEAPOLIS, MN  55401
PH# 612-340-2000 FAX# 612-215-5400

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES