Mohrman, Kaardal & Erickson, P.A.
150 South 5th Street
Suite 3100
Minneapolis, MN 55402
Fed. Tax ID No. 41-1903593

Billing History Submitted to Court

Ms. Sally Ness
Bloomington, MN

January 22, 2022

In Reference To: Ness v. City of Bloomington

## Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2019 | WFM | Confer with Ms. Ness regarding potential claims against City of Bloomington and Hennepin County; | 2.40 615.00/hr | 1,476.00 |
| 9/25/2019 | WFM | Confer with Mr. Muise regarding claims against City of Bloomington and Hennepin County; | 0.60 615.00/hr | 369.00 |
| 9/26/2019 | WFM | Confer with Mr. Muise regarding complaint; | 0.40 615.00/hr | 246.00 |
| 9/27/2019 | WFM | Confer with Mr. Muise regarding complaint and legal theories; | 0.50 615.00/hr | 307.50 |
| 10/2/2019 | WFM | Confer with Mr. Muise regarding Complaint; | 0.40 615.00/hr | 246.00 |
|  | WFM | Confer with JEG regarding complaint; | 0.60 615.00/hr | 369.00 |
|  | JEG | Confer with WFM regarding filing of complaint; | 0.60 235.00/hr | 141.00 |
| 10/3/2019 | WFM | Email to Mr. Muise; | 0.20 615.00/hr | 123.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2019 | WFM | Review and revise draft complaint; | 2.30<br>615.00/hr | 1,414.50 |
| 10/17/2019 | WFM | Confer with JEG regarding Complaint; | 0.50<br>615.00/hr | 307.50 |
| | WFM | Review and revise Complaint; | 1.50<br>615.00/hr | 922.50 |
| | JEG | Confer with WFM regarding Complaint; | 0.50<br>235.00/hr | 117.50 |
| 10/23/2019 | WFM | Review and revise Complaint; | 1.00<br>615.00/hr | 615.00 |
| | WFM | Legal research on injunction issues and abstention issues; | 2.10<br>615.00/hr | 1,291.50 |
| 11/4/2019 | WFM | Exchange emails with Mr. Muise regarding court filing; | 0.40<br>615.00/hr | 246.00 |
| 11/5/2019 | WFM | Confer with Mr. Muise regarding complaint; | 0.40<br>615.00/hr | 246.00 |
| | WFM | Confer with Mr. Frost, Ms. Ness' former counsel, regarding interviews with Bloomington Police; | 0.80<br>615.00/hr | 492.00 |
| | WFM | Review and revise complaint; | 2.80<br>615.00/hr | 1,722.00 |
| 11/6/2019 | WFM | Review emails from Ms. Ness; | 0.50<br>615.00/hr | 307.50 |
| | WFM | Legal research on Younger doctrine; | 1.30<br>615.00/hr | 799.50 |
| 11/7/2019 | WFM | Confer with Mr. Muise regarding filing complaint and motion; | 0.40<br>615.00/hr | 246.00 |
| | WFM | Confer with Ms. Ness regarding declaration; | 0.70<br>615.00/hr | 430.50 |
| | WFM | Review and revise Ms. Ness declaration; | 0.60<br>615.00/hr | 369.00 |
| | WFM | Review and revise draft complaint; | 1.70<br>615.00/hr | 1,045.50 |
| 11/11/2019 | WFM | Confer with Ms. Ness; | 0.30<br>615.00/hr | 184.50 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/11/2019 | WFM | Confer with Mr. Muise regarding court filing; | 0.30<br>615.00/hr | 184.50 |
|  | WFM | Review and revise Complaint; | 0.60<br>615.00/hr | 369.00 |
|  | WFM | Review and revise Ness declaration; | 0.40<br>615.00/hr | 246.00 |
|  | WFM | Review and revise memorandum in support of motion for TRO; | 2.10<br>615.00/hr | 1,291.50 |
| 11/12/2019 | WFM | Review email from Court; | 0.20<br>615.00/hr | 123.00 |
|  | WFM | Confer with Ms. Ness; | 0.30<br>615.00/hr | 184.50 |
|  | WFM | Prepare motion for filing; | 0.40<br>615.00/hr | 246.00 |
|  | WFM | Review and revise Complaint for filing; | 0.90<br>615.00/hr | 553.50 |
|  | WFM | Review and revise memorandum in support of motion for TRO for filing; | 1.20<br>615.00/hr | 738.00 |
|  | WFM | Review and revise Ness Declaration for filing; | 0.60<br>615.00/hr | 369.00 |
|  | JEG | Review documents for filing; file documents; | 1.00<br>235.00/hr | 235.00 |
| 11/13/2019 | WFM | Review email from Judge Montgomery's chambers regarding denial of TRO; | 0.20<br>615.00/hr | 123.00 |
|  | WFM | Confer with Mr. Muise regarding action filed; | 0.40<br>615.00/hr | 246.00 |
|  | WFM | Review and revise TRO to send to Judge Montgomery; | 0.40<br>615.00/hr | 246.00 |
|  | WFM | Prepare email to Judge Montgomery pursuant to directions from Judge Montgomery's clerk; | 0.90<br>615.00/hr | 553.50 |
| 11/14/2019 | WFM | Prepare amended motion; | 0.30<br>615.00/hr | 184.50 |
| 11/15/2019 | WFM | Confer regarding service of the complaint with process servers; | 0.20<br>615.00/hr | 123.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2019 | WFM | Confer with Court; | 0.20 615.00/hr | 123.00 |
|  | WFM | Review email from Mr. Baker; | 0.20 615.00/hr | 123.00 |
|  | WFM | Confer with Mr. Baker; | 0.40 615.00/hr | 246.00 |
| 11/18/2019 | WFM | Confer with Mr. Muise; | 0.30 615.00/hr | 184.50 |
|  | WFM | Review email from Ms. Ness; | 0.30 615.00/hr | 184.50 |
|  | WFM | Review Court filings; | 0.40 615.00/hr | 246.00 |
| 11/19/2019 | WFM | Review email from Mr. Baker; | 0.20 615.00/hr | 123.00 |
|  | WFM | Review return of summons; | 0.20 615.00/hr | 123.00 |
|  | WFM | Prepare response to email regarding settlement; | 0.50 615.00/hr | 307.50 |
|  | WFM | Prepare motion to admit pro hac vice; | 0.60 615.00/hr | 369.00 |
| 11/21/2019 | WFM | Review emails from counsel; | 0.40 615.00/hr | 246.00 |
|  | WFM | Review and revise stipulation; | 0.40 615.00/hr | 246.00 |
| 11/22/2019 | WFM | Review stipulation draft; | 0.20 615.00/hr | 123.00 |
|  | WFM | Email to opposing counsel on temporary relief; | 0.40 615.00/hr | 246.00 |
|  | WFM | Review emails from opposing counsel; | 0.40 615.00/hr | 246.00 |
| 11/26/2019 | WFM | Email to opposing parties; | 0.20 615.00/hr | 123.00 |
|  | WFM | Confer with Court regarding hearing date; | 0.20 615.00/hr | 123.00 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/26/2019 | WFM | Confer with opposing parties regarding meet and confer; | 0.50 615.00/hr | 307.50 |
|  | WFM | Review and revise memorandum in support of motion; | 0.70 615.00/hr | 430.50 |
| 11/27/2019 | WFM | Prepare meet and confer statement; | 0.40 615.00/hr | 246.00 |
|  | WFM | Prepare documents for filing including motion; | 0.60 615.00/hr | 369.00 |
|  | WFM | Review and revise memorandum in support of motion; | 2.20 615.00/hr | 1,353.00 |
| 12/2/2019 | WFM | Arrange to refile documents publicly; | 0.40 615.00/hr | 246.00 |
| 12/3/2019 | WFM | Prepare proposed order; | 0.30 615.00/hr | 184.50 |
| 12/6/2019 | WFM | Review Joint motion to extend time to answer; confer with opposing counsel; | 0.40 615.00/hr | 246.00 |
| 12/17/2019 | WFM | Review media report on case; | 615.00/hr | NO CHARGE |
| 12/19/2019 | WFM | Confer with Mr. Baker; review email from Mr. Baker regarding sealing; | 0.50 615.00/hr | 307.50 |
| 12/23/2019 | WFM | Review notice to the AG; file Notice to AG; | 0.50 615.00/hr | 307.50 |
|  | WFM | Review motions and response from the County and City; | 2.60 615.00/hr | 1,599.00 |
| 12/24/2019 | WFM | Legal research on underinclusiveness doctrine for First Amendment claims; | 2.40 615.00/hr | 1,476.00 |
| 12/26/2019 | WFM | Review email from Mr. Muise; email to Mr. Muise; confer with Mr. Muise regarding reply to responses; | 0.80 615.00/hr | 492.00 |
|  | WFM | Review responses from the City and County; | 3.40 615.00/hr | 2,091.00 |
| 12/27/2019 | WFM | Legal research on issues related to cases cited by Defendants for Reply; | 2.80 615.00/hr | 1,722.00 |
|  | WFM | Review and revise draft reply memorandum; | 3.00 615.00/hr | 1,845.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/30/2019 | WFM | Review and revise reply papers; | 0.80 615.00/hr | 492.00 |
| 1/7/2020 | WFM | Prepare for hearing on motion; review papers; | 1.80 615.00/hr | 1,107.00 |
| 1/8/2020 | WFM | Prepare for hearing; attend hearing; confer with Mr. Muise; confer with Ms. Ness; | 4.30 615.00/hr | 2,644.50 |
| 1/14/2020 | WFM | Confer with Mr. Muise regarding issues; | 0.20 615.00/hr | 123.00 |
| 1/15/2020 | WFM | Confer with Mr. Muise regarding extension; | 0.20 615.00/hr | 123.00 |
|  | WFM | Confer with opposing counsel regarding extension of Rule 12 response pleading; | 0.80 615.00/hr | 492.00 |
| 1/16/2020 | WFM | Review motion to seal; | 0.40 615.00/hr | 246.00 |
| 1/17/2020 | WFM | Confer with Mr. Muise regarding sealing; | 0.30 615.00/hr | 184.50 |
| 1/21/2020 | WFM | Email to Ms. Swenson regarding sealing; legal research on issue; | 0.80 615.00/hr | 492.00 |
|  | WFM | Confer with Mr. Muise regarding sealing; | 0.30 615.00/hr | 184.50 |
| 2/4/2020 | WFM | Review decision from the Court; | 0.60 615.00/hr | 369.00 |
| 2/5/2020 | WFM | Review Court Order on sealing; | 0.20 615.00/hr | 123.00 |
| 2/12/2020 | WFM | Confer with Ms. Swenson regarding extension for Defendants to Answer or move; | 0.30 615.00/hr | 184.50 |
| 2/14/2020 | WFM | Review Stipulation; | 0.30 615.00/hr | 184.50 |
|  | WFM | Confer with Ms. Swenson and Mr. Baker; | 0.40 615.00/hr | 246.00 |
| 2/17/2020 | WFM | Review email from Mr. Muise regarding scheduling; review rules on scheduling; | 0.50 615.00/hr | 307.50 |
| 2/26/2020 | WFM | Contact the Court on hearing date; | 0.20 615.00/hr | 123.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2020 | WFM | Review Defendants' moving papers under Rule 12; | 2.20 615.00/hr | 1,353.00 |
|  | WFM | Legal Research regarding cases cited by Defendants; | 1.30 615.00/hr | 799.50 |
| 3/2/2020 | WFM | Exchange emails with Ms. Ness; | 0.50 615.00/hr | 307.50 |
| 3/9/2020 | WFM | Review and revise Response Memorandum of Law in response to Defendants' motions to dismiss; | 2.30 615.00/hr | 1,414.50 |
| 3/16/2020 | WFM | Review and revise memoranda of law in opposition to Defendants' motions; | 2.60 615.00/hr | 1,599.00 |
| 3/23/2020 | WFM | Prepare proposed Order; | 0.20 615.00/hr | 123.00 |
|  | WFM | Legal research regarding legal arguments in Plaintiff's Memorandum in Support of Summary Judgement Motion and supporting documents; | 1.20 615.00/hr | 738.00 |
|  | WFM | Review draft of Plaintiff's Memorandum in Support of Summary Judgement Motion and supporting documents; | 2.30 615.00/hr | 1,414.50 |
| 3/31/2020 | WFM | Review Defendants' reply memoranda; | 1.40 615.00/hr | 861.00 |
| 4/13/2020 | WFM | Confer with Mr. Muise regarding stipulation; respond to stipulation; | 0.40 615.00/hr | 246.00 |
|  | WFM | Legal research regarding law cited in Defendants' reply memoranda; | 1.40 615.00/hr | 861.00 |
| 4/21/2020 | WFM | Review AG Memorandum; | 0.40 615.00/hr | 246.00 |
| 4/24/2020 | WFM | Legal research regarding Reply Memorandum; | 0.60 615.00/hr | 369.00 |
|  | WFM | Review and revise Reply Memorandum; | 1.70 615.00/hr | 1,045.50 |
| 4/29/2020 | WFM | Confer with the Court regarding hearing; review Court Orders on COVID; | 0.50 615.00/hr | 307.50 |
| 5/1/2020 | WFM | Review and revise memorandum in response to AG's memorandum; | 0.80 615.00/hr | 492.00 |

**EXHIBIT 1 TO MOHRMAN DECLARATION**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2020 | WFM | Exchange emails with counsel; review Court order. | 0.20<br>615.00/hr | 123.00 |
| 7/20/2020 | WFM | Exchange emails with Ms. Ness and Mr. Muise; | 0.40<br>615.00/hr | 246.00 |
| 7/23/2020 | WFM | Review decision of the District Court; | 0.70<br>615.00/hr | 430.50 |
|  | WFM | Email to Ms. Ness regarding decision; | 0.20<br>615.00/hr | 123.00 |
|  | WFM | Confer with Mr. Muise regarding decision; | 0.40<br>615.00/hr | 246.00 |
| 9/30/2021 | WFM | Review Court judgment; | 0.20<br>615.00/hr | 123.00 |
|  |  | For professional services rendered | 95.20 | $57,750.00 |

EXHIBIT 1 TO MOHRMAN DECLARATION