Mohrman, Kaardal & Erickson, P.A.
150 South 5th Street
Suite 3100
Minneapolis, MN 55402
Fed. Tax ID No. 41-1903593

Billing History Submitted to Court

Ms. Sally Ness
Bloomington, MN

January 22, 2022
In Reference To:   Ness v. City of Bloomington

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2022 | WFM | Review time records for purposes of preparing motion for attorneys fees; | 2.30 615.00/hr | 1,414.50 |
| 1/18/2022 | WFM | Prepare motion for attorney fees; prepare memorandum in support of attorneys fees; prepare declaration in support of motion for attorney fees; | 4.40 615.00/hr | 2,706.00 |
| 1/22/2022 | WFM | Review and revise memorandum in support of attorneys fees motion; review materials from Mr. Muise; review and revise declaration in support of motion for attorney fees; | 3.10 615.00/hr | 1,906.50 |
| | | For professional services rendered | 9.80 | $6,027.00 |

**EXHIBIT 2 TO MOHRMAN DECLARATION**